UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-4878-DMG (AGRx)** | Date | January 26, 2018 |

| | |
|---|---|
| Title | *TC Rich, LLC, et al. v. Pacifica Chemical Incorporated, et al.* |

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| John S. Cha | Bret A. Stone |
| <u>Intervenor Plaintiff</u> | |
| Tony Tootell | |
| Sarah A. Slack | |

**Proceedings: Telephonic Status Conference**

     The cause is called and counsel state their appearance. The Court and counsel confer. The Court hereby extends the stay in this action to October 26, 2018. A further status conference is hereby set on **October 26, 2018 at 10:00 a.m.** The parties shall file a Joint Status Report by **October 19, 2018.**

:07