UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 15-4878-DMG (AGRx)** | Date | October 26, 2018 |
|---|---|---|---|

| Title | ***TC Rich, LLC, et al. v. Pacifica Chemical Incorporated, et al.*** |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| John S. Cha | Bret A. Stone |
| Intervenor Plaintiff | |
| Tony Tootell | |

**Proceedings:  TELEPHONIC STATUS CONFERENCE**

The cause is called and counsel state their appearance.  The Court and counsel confer.  A joint status report is due by November 14, 2018.  Thereafter, the parties shall submit quarterly joint status reports.

:13