**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>         Plaintiffs,<br><br>    v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California Corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**FURTHER JOINT STATUS REPORT RE:  MEDIATION SCHEDULING**<br><br>Action filed:  June 26, 2015<br>Discovery cut-off:  None set<br>Trial date:  None set |

This Further Status Report follows the Court's (IN CHAMBERS) ORDER issued on November 30, 2018.

On January 24, 2019, the parties agreed to retain Timothy Gallagher of The Gallagher Law Group as mediator and conduct the mediation on February 22, 2019.

The parties will submit another Status Report following the mediation.

Dated: February 7, 2019      **RAINES FELDMAN LLP**

*/s/ John S. Cha*

_____
John S. Cha
Counsel for Plaintiffs

Dated: February 7, 2019      **PALADIN LAW GROUP® LLP**

*/s/ Bret A. Stone*

_____
Bret A. Stone
Counsel for Defendant Pacifica Chemical Incorporated

Dated: February 7, 2019      **FOLEY & LARDNER LLP**

*/s/ Tony Tootell*

_____
Sarah A. Slack
Tony Tootell
Counsel for Plaintiff-Intervenor