**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California Corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**FURTHER JOINT STATUS REPORT FOLLOWING MEDIATION HELD ON FEBRUARY 22, 2019**<br><br>Action filed: June 26, 2015<br>Discovery cut-off: None set<br>Trial date: None set |

This Further Joint Status Report follows the mediation held on February 22, 2019, among all parties with mediator Timothy Gallagher.

A full day session was held and attended by plaintiffs, third-party intervenor 13301 S. Main Street, LLC, and defendant Pacifica Chemical, Inc.

The parties agree that, while a resolution was not reached, it was a productive initial mediation session and have agreed to a second session with Mr. Gallagher after Plaintiffs and Defendant Pacifica proceed with the following:

1. <u>Amendment of Complaint</u>

Under FRCP 14 and 15, Plaintiffs will file a motion for leave to file a first amended complaint to assert a citizen suit injunctive relief claim under the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(1)(B), against Pacifica, and a Comprehensive Environmental Response Liability Act ("CERCLA"), 42 U.S.C. § 9607, claim against Pacifica's principal Hussain M. Shaikh ("Shaikh"), and its predecessor company, Shah Chemical Corporation ("Shah Chemical"). Plaintiffs allege that both were owners or operators of the Property during the time of the alleged disposal. Under Local Rule 7-3, Plaintiffs' counsel sent a meet and confer letter to counsel for both defendants and intervenors on February 21, 2019, and the amendment of the complaint was discussed by the parties at the mediation on February 22, 2019.

Pacifica will oppose the motion arguing the deadline for a request for leave to file an amended pleading or to add parties past three years ago—March 11, 2016. ECF No. 43; *but see* ECF 71 (vacating all previously scheduled dates and deadlines).

Plaintiffs also intend to serve Shaikh and Shah Chemical with RCRA Notices of Endangerment and Intent to File Suit, and Plaintiffs will thereafter promptly seek leave to file a second amended complaint to add RCRA claims against both parties after expiration of the mandatory 90-day waiting period, provided the parties have not addressed the contamination at the Property.

Intervenor 13301 S. Main Street, LLC, is separately evaluating the need for amendment of its complaint-in-intervention in light of the anticipated motion practice regarding amendment of the operative complaint. Any such amendment would be to add claims against existing parties or against the proposed additional parties referenced above.

2. <u>Site Investigation and Remediation</u>

The Department of Toxic Substances Control, the California environmental agency with jurisdiction over the Property, previously sent a Facility Initiated Corrective Action ("FICA) Agreement to Pacifica to establish its oversight over the investigation activities at the Property. Pacifica insisted that TC Rich, as the property owner, should be included as a party to that agreement. Pacifica is requesting that DTSC allow the ERD Pilot Test to proceed without a FICA agreement.

3. <u>Timing and Return to Mediation</u>

About eight months will be needed to conduct the ERD Pilot Test, the cost of which is approximately $175,000 and for which Pacifica's insurer has agreed to pay as a defense cost, and which Pacifica has agreed to perform.

While that ERD Pilot Test is on-going, as stated above, Plaintiffs will seek leave to file a first amended complaint to add the RCRA claim against Pacifica and also add Shaikh and Shah Chemical as named-defendants based on their ownership or operatorship of the Property at the time of disposal. Plaintiffs also anticipate seeking leave of this Court to file a second amended complaint to add RCRA claims against Shaikh and Shah Chemical following expiration of the 90-day notice period, by or before June 3, 2019.

Therefore, Plaintiffs request the Court temporarily lift the stay to allow Plaintiffs' motion for leave to file a first amended complaint – to add RCRA claims against Pacifica and name Shaikh and Shah Chemical as defendants – to be filed, and request this Court's ruling on that motion once all the documents have been

filed.

Plaintiffs further request the Court to again temporarily lift the stay to allow Plaintiffs' motion for leave to file a second amended complaint – for the limited purpose of adding RCRA claims against Shaikh and Shah Chemical – to be filed on or before June 3, 2019, and request this Court's ruling on that motion once all documents have been filed.

Pacifica opposes lifting the stay for this purpose as it believes there is no good cause for Plaintiffs' planned motions.

After that procedural step, Plaintiffs request that the Court grant a further stay of the entire action for the parties to return to mediation with Mr. Gallagher. The parties anticipate doing so in or about December 2019. The parties request the stay because they believe significant strides were achieved with Mr. Gallagher's assistance on February 22, 2019. Once the Court decides upon the efficacy of lifting the stay for purposes of motion practice, and rules upon the motions to amend, the parties will be better positioned to pursue an amicable resolution of the cleanup dispute, and the parties will also have the benefit of the ERD Pilot Study results by October 2019, which will further inform the parties' settlement discussions.

Dated: February 28, 2019  **RAINES FELDMAN LLP**

*/s/ John S. Cha*

_____
John S. Cha
Counsel for Plaintiffs

Dated: February 28, 2019  **PALADIN LAW GROUP® LLP**

*/s/ Bret A. Stone*

_____
Bret A. Stone
Counsel for Defendant Pacifica Chemical Incorporated

1 | Dated: February 28, 2019 | **FOLEY & LARDNER LLP**

*/s/ Sarah A. Slack*

_____
Sarah A. Slack
Counsel for Plaintiff-Intervenor