**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California Corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 19, 2019<br>Time: 9:30 a.m.<br>Courtroom: 8C<br><br>Action filed: June 26, 2015<br>Discovery cut-off: None set<br>Trial date: None set |

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that on April 19, 2019, at 9:30 a.m., or as soon thereafter as this Motion may be heard in Courtroom 8C of the above-entitled Court located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Plaintiffs TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer ("TC Rich," or "Plaintiffs") will and hereby move the Court for (1) modification of its Scheduling Order to allow for TC Rich to file a first amended complaint; and (2) leave to file a first amended complaint under Federal Rule of Civil Procedure 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

This motion is made following the conference of counsel pursuant to Local Rule ("L.R.") 7-3 that took place on February 22, 2019.  This Motion is based on this notice; memorandum of points and authorities; declarations and exhibits attached thereto; and any other matters that may properly be considered in connection with this Motion.

Dated: March 21, 2019         **RAINES FELDMAN LLP**

By: _____
JOHN S. CHA
Attorneys for Plaintiffs TC Rich, LLC, Rifle Freight Inc., Fleischer Custom Brokers, Richard G. Fleischer, and Jacqueline Fleischer

---

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE SECOND AMENDED COMPLAINT**