**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, | Case No. CV 15-4878 DMG (AGRx) |
| | *Assigned to the Hon. Dolly M. Gee* |
| Plaintiffs, | **DECLARATION OF JOHN S. CHA IN SUPPORT OF MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| PACIFICA CHEMICAL, INCORPORATED, a California Corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive, | Hearing Date: April 19, 2019<br>Time: 9:30 a.m.<br>Courtroom: 8C |
| | Action filed:  June 26, 2015<br>Discovery cut-off:  None set<br>Trial date:  None set |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

1    I, John S. Cha, make the following declaration:

2    1.    I am over the age of 18 years, of sound mind, and competent to testify

3    in this matter. Unless otherwise indicated, I make the statements in this declaration

4    based on my personal knowledge of the facts set forth herein, and if sworn, I could

5    and would competently testify to them.

6    2.    I am the managing partner of the Irvine office of Raines Feldman LLP.

7    I am one of the attorneys representing Plaintiffs TC RICH, LLC, Rifle Freight, Inc.,

8    Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer ("TC

9    Rich," or "Plaintiffs") in these proceedings.  I am an attorney admitted to practice in

10   the courts of the State of California and this District Court. I make this declaration in

11   support of Plaintiffs' Motion for Modification of the Scheduling Order and Leave to

12   File a First Amended Complaint.

13   3.    In October 2015, Plaintiffs and Pacifica Chemical entered into an

14   agreement for Pacifica Chemical to perform and participate in investigation of the

15   Property and the development of a remediation plan to address soil vapor and

16   groundwater contamination at and migrating from the Property.

17   4.    Subsequently, Pacifica Chemical engaged Murex Engineering

18   ("Murex") to perform additional analysis on the Property, and Murex submitted a

19   report to the California Department of Toxic Substances Control ("DTSC") in

20   January 2016 regarding its analysis of samples collected in November and

21   December 2015 and proposing the installation of monitoring wells at the Property.

22   A true and correct copy of Murex's January 2016 Technical Memorandum report to

23   DTSC (without the voluminous attachments) is attached as **Exhibit 1**.

24   5.    Murex submitted a Facility Investigation Report to the DTSC on

25   February 15, 2016 (revised May 20, 2016), which reported that the installation of

26   monitoring wells had begun.  This report concluded that there was tetrachloroethene

27   ("PCE") contamination consistent with a release or releases from the Property,

28   including a release from the closed storage tank previously used by Pacifica

1   Chemical.  A true and correct copy of Murex's February 2016 report to DTSC,

2   revised May 20, 2016 (without the voluminous attachments) is attached as **Exhibit**

3   **2**.

4          6.      When this matter was transferred to this Court's docket, and throughout

5   the pendency of this case, Plaintiffs and Pacifica Chemical have engaged in

6   settlement discussions and have been working with DTSC on plans for additional

7   testing by Pacifica Chemical and the development of a remediation plan to address

8   the soil vapor and groundwater contamination at and migrating from the Property.

9   As such, until recently, Plaintiffs did not believe there was a need to seek injunctive

10  relief under the Resource Conservation and Recovery Act ("RCRA") against

11  Pacifica Chemical in order to achieve site cleanup; Pacifica Chemical was

12  voluntarily performing.

13         7.      I am informed that in the summer of 2018, Pacifica Chemical refused to

14  enter into a Facility Initiated Corrective Action agreement ("FICA") with DTSC,

15  and DTSC in turn refused to allow further site investigation work to go forward.

16         8.      It is my understanding that DTSC will not move forward in its

17  oversight or approval of further site investigation until Pacifica Chemical enters into

18  a FICA with the agency.

19         9.      As far as I am aware, no administrative order has been issued by DTSC

20  relating to site conditions.  DTSC has also not required Plaintiffs to sign the FICA to

21  proceed with the cleanup of the Property.

22         10.     Until the recent impasse with DTSC regarding the FICA, Pacifica

23  Chemical consistently indicated to Plaintiffs (through Murex for Pacifica Chemical

24  and to Plaintiffs through their own environmental consultants, both of which had

25  been working together and communicating together on a consistent basis) that it was

26  working cooperatively with DTSC to investigate and remediate the Property.

27         11.     Plaintiffs diligently and cooperatively participated with Pacifica

28  Chemical and DTSC to address the site contamination, with Pacifica Chemical

taking the lead in the remediation efforts and giving no clear indication that it would suddenly withdraw its cooperation in the summer of 2018.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 21st day of March 2019 at Irvine, California.

_____

John S. Cha

# EXHIBIT "1"



# *TECHNICAL MEMORANDUM*

**Attention:**     Ms. Sara Vela – DTSC

**From:**          Jeremy Squire, PE – Murex

**Subject:**       **Proposed Monitoring Well Installation, Former Pacifica Chemical Site**

**Date:**          January 13, 2016

**CC:**            Richard Fleischer and Jackie Fleischer – Property Owners;
                   David Wood, Emil Macasinag – Wood, Smith, Henning, & Berman, LLP;
                   Bret Stone – Paladin Law Group, LLP

**File No:**       1044-001-200

Murex Environmental, Inc. (Murex) has prepared this technical memorandum (tech memo) for the DTSC, on behalf of Pacifica Chemical, Inc., to present a cursory summary of groundwater data and propose the installation of groundwater monitoring wells for the Former Pacifica Chemical Site located at 132 West 132nd Street in Los Angeles, California (Site; see **Figure 1**).  Murex recently completed a Site investigation that included the collection of reconnaissance groundwater samples at the Site and in the vicinity of the Site, in addition to the collection of soil and soil vapor samples.  The purpose of this tech memo is to propose the installation of groundwater monitoring wells based on the findings of the reconnaissance groundwater sampling.

## Geology and Hydrogeology

The Site is located in the northern part of the Peninsular Ranges Geomorphic Province, within the Central Basin of the Los Angeles Groundwater Basin.  The Central Basin sediments are underlain by a sequence of marine and non-marine sedimentary rocks. Sedimentary formations include unconsolidated Quaternary deposits of fine-grained sands and silts of non-marine origin, underlain by thick sands and silts of shallow marine origin known as the Lakewood Formation, which lies unconformably atop the thicker sand- and gravel-rich San Pedro Formation.  In the vicinity of the Site, the Lakewood and San Pedro formations extend from a depth of approximately 80 to 700 ft-bgs.  (EEC, 2015; WorleyParsons, 2010)

The principal hydrostatigraphic units underlying the Site include the near-surface Bellflower Aquiclude, which is composed of unconsolidated Quanternary deposits of silts,

fine-grained sands, and silty sands of non-marine origin that are reported to extend to a depth of approximately 80 ft-bgs in the vicinity of the Site.  The Bellflower Aquiclude forms a low-permeability cap over the region, hindering surface water infiltration to the lower aquifers of the Lakewood and San Pedro Formations.  The Bellflower Aquiclude contains perched water zones and acts as a confining layer to the aquifers beneath it, such as the Gage, Lynwood, Silverado, and Sunnyside aquifers.  (WorleyParsons, 2010)

Based on data obtained from a nearby cleanup site (WorleyParsons, 2010), the groundwater in the area is estimated to flow in a southerly direction.

**Cursory Summary of Groundwater Data**

A total of 15 grab (i.e., hydropunch) groundwater samples were collected from temporary soil borings advanced during Site investigation activities performed in November and December 2015.  Borings were advanced using a direct-push drill rig to depths ranging from approximately 50 to 55 feet below ground surface (ft-bgs), several feet beyond the horizon in which groundwater was encountered (approximately 47 to 50 ft-bgs).  The locations of the borings from which groundwater samples were collected are depicted on **Figure 2**.

Upon reaching the terminus of each boring, disposable PVC screen was temporarily installed and groundwater samples were collected via disposable tubing using a check valve.  Groundwater samples were collected in pre-preserved sample containers, stored in a pre-cooled ice chest, and transported under proper chain-of-custody procedures to SunStar Laboratories, Inc. of Lake Forest, California (California Department of Public Health ELAP #2250).  Groundwater samples were submitted for analysis of VOCs by USEPA Method 8260B.

The analytical results of the groundwater samples indicate that PCE is the primary constituent of concern.  PCE was detected in 13 of the 15 samples with concentrations ranging from 11 to 2,200 µg/L, which exceed the MCL of 5 µg/L.  The most-elevated concentrations of PCE detected were identified in the samples collected from borings B-6 (2,200 µg/L), B-4 (550 µg/L), and B-13 (340 µg/L).  Concentrations of PCE in groundwater and isoconcentration contours are presented on **Figure 2**.

Concentrations of TCE were detected up to 11 µg/L, with three of the ten detections exceeding the MCL of 5 µg/L.  Concentrations of cis-1,2-DCE were detected up to 17 µg/L, with four of the eight detections exceeding the MCL of 6 µg/L.

In addition to chlorinated solvents, the groundwater samples exhibited several relatively-low (and likely insignificant) concentrations of BTEX compounds, 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, chloroform, Freon 11, and Freon 12 that were below their respective MCLs, as applicable.

A summary of the groundwater analytical data is presented in **Table I**.  Laboratory analytical reports are included in **Attachment 1**.

**Proposed Groundwater Monitoring Wells**

Murex proposes to install eight groundwater monitoring wells (MW-1 through MW-8) to assist in further delineation and characterization of the extent of VOC impacts in groundwater within the area of study.  The proposed wells include six single-completion wells and two dual-nested wells.  The locations of the proposed wells are depicted on **Figure 3**.

In general, the single-completion wells (MW-1 through MW-6) will be installed to a depth of approximately 60 ft-bgs, with each well screened from approximately 45 to 60 ft-bgs.  In addition, prior to well installation, Murex proposes to advance the boreholes of wells MW-1 and MW-6 to approximately 80 ft-bgs for exploratory purposes, as depicted on **Figure 4**. The construction diagrams for the remaining single-completion wells (MW-2 through MW-5) are provided on **Figure 5**.  The boreholes of the dual-nested wells (MW-7 and MW-8) will also be advanced to a depth of approximately 80 ft-bgs for exploratory purposes, with wells screened from approximately 45 to 60 ft-bgs ("A" wells) and 65 to 75 ft-bgs ("B" wells), as depicted on **Figure 6**.

Murex will conduct the drilling operations under an approved health and safety program, using a California-licensed driller under the direction of a California-registered engineer. Borings will be advanced using a 10-inch hollow-stem auger drill rig with a split-spoon drive hammer to collect soil for lithologic logging.  The single-completion wells will be constructed from four-inch diameter, schedule 40 PVC casing and screen, while the dual-nested wells will be constructed from two-inch diameter, schedule 40 PVC casing and screen.  The screen slot size will be 0.010 inches and the filter pack will be clean #2/16 sand.  A minimum of a three-foot seal above each filter pack will be composed of bentonite chips hydrated with water.  The well annulus above the screened interval and bentonite seal will be backfilled with high-solids bentonite grout.  The surface completion will be constructed with an EMCO Wheaton traffic-rated well box set in concrete.  Proposed well construction details are included in **Table II**.

Following a minimum of 72 hours after well installation, the wells will be developed using a surge block to bring fines into the well annulus and further settle the filter pack.  The wells will then be purged of groundwater using a submersible pump.  Purging will continue until successive measurements stabilize within a range of 10% for each parameter.  The purge volume will not be less than 10 well-casing volumes.

The newly-installed wells will be surveyed by a California-licensed surveyor relative to the city/county benchmark used during previous well surveys.  The wellhead casing elevation will be surveyed to the nearest 0.01 foot.  The licensed surveyor will make the longitude and latitude measurements with a Global Positioning System (GPS) instrument in compliance with GeoTracker requirements and in accordance with Assembly Bill 2886.

Upon development and survey, the depth to groundwater will be measured in each well using an electronic water level indicator.  The depth-to-water value will be subtracted from the top-of-casing elevation to determine groundwater elevation in feet above mean sea level.  The data will be used to evaluate groundwater elevation and flow direction.  Following collection of the depth-to-water measurement, each well will be purged and sampled by low-flow methodology using a stainless-steel submersible pump set in the approximate center of the submerged screen interval.  Groundwater quality field parameters will be measured during purging, and groundwater samples will generally be collected after field parameters stabilize to within 10%.  Non-dedicated sampling equipment will be decontaminated before use in each well.  Groundwater samples will be submitted for laboratory analysis of VOCs by USEPA Method 8260B.

For quality assurance and quality control (QA/QC) purposes, one equipment blank will be collected from the groundwater sampling equipment for each sampling event, as applicable.  A duplicate groundwater sample will be collected at a rate of approximately 10% of the total number of wells sampled to evaluate whether VOC concentrations are within the acceptable range of the primary sample.  A trip blank for each travel cooler will be prepared to accompany the samples during transport to the laboratory.

All groundwater samples will be collected in pre-preserved laboratory-supplied sample containers, sealed, labeled, stored in a pre-cooled ice chest, and transported under chain-of-custody manifest to a California-certified laboratory.  The laboratory method blank and sample holding times will be evaluated to verify adherence to USEPA-approved laboratory analysis requirements.  The samples will be logged onto and be accompanied by a chain-of-custody form from the time of collection until delivery to the analytical laboratory.

**Reporting**

Upon completion of the proposed investigative work, Murex will review the analytical data and submit a report to the DTSC presenting the findings.  In addition, Murex will prepare a full technical report and conceptual Site model that will include the following topics:

a) Summary of geologic information gathered from the installation of the monitoring wells;

b) Presentation of groundwater depth, flow direction, upgradient and Site water quality, comparison to State standards (i.e., MCLs), and a preliminary assessment of whether any impacts appear to be present on-Site or extend off-Site; and

c) Discussion of the potential for upgradient and/or nearby contributors of VOCs in groundwater.

**Closing**

Should you have any questions or concerns regarding the material herein, please do not hesitate to contact the undersigned at (714) 508-0800.

Sincerely,

MUREX ENVIRONMENTAL, INC.

**Jeremy R Squire, PE**
**Senior Engineer**

Attachments

Table I – Summary of Groundwater Analytical Data

Table II – Proposed Well Construction Details

Figure 1 – Site Location Map

Figure 2 – Site Map Showing PCE Concentrations in Groundwater

Figure 3 – Site Map Showing Locations of Proposed Groundwater Monitoring Wells

Figure 4 – Groundwater Monitoring Well Construction Diagram – MW-1 and MW-6

Figure 5 – Groundwater Monitoring Well Construction Diagram – MW-2, MW-3, MW-4, and MW-5

Figure 6 – Groundwater Monitoring Well Construction Diagram – MW-7A/B and MW-8A/B

Attachment 1 – Laboratory Analytical Reports

References

EEC Environmental (EEC), 2015. *Limited Subsurface Investigation and Indoor Air Sampling, 132 West 132nd Street, Los Angeles, California*. April 17.

WorleyParsons, 2010. *Conceptual Site Model Report, Former Alcoa/TRE Weslock Facility, 13344 South Main Street, Los Angeles, California*. December 21.

Table 1

**Summary of Groundwater Analytical Data**

**Former Pacifica Chemical Site**

**132 West 132nd Street**

**Los Angeles, California**

| SAMPLE ID | SAMPLE DATE | PCE (µg/L) | TCE (µg/L) | cis-1,2-DCE (µg/L) | 1,1-DCE (µg/L) | MC (µg/L) | Chloroform (µg/L) | B (µg/L) | T (µg/L) | E (µg/L) | m,p-X (µg/L) | o-X (µg/L) | 1,2,4-TMB (µg/L) | 1,3,5-TMB (µg/L) | F-11 (µg/L) | F-12 (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MCL: | 5.0 | 5.0 | 6.0 | 6.0 | 5.0 | NE | 1.0 | 150 | 300 | 1,750 (total xylenes) | | NE | NE | 150 | NE |
| HP-1 | 12/2/2015 | 11 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | 1.4 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-2 | 12/2/2015 | 78 | 1.3 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | 0.84 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-3 | 11/30/2015 | 21 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-4 | 12/1/2015 | 550 | 11 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | 1.6 | <0.5 |
| HP-5 | 12/1/2015 | 35 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-6 | 12/3/2015 | 2,200 | 6.0 | 17 | <1.0 | <1.0 | <1.0 | <0.5 | 1.7 | <0.5 | 1.1 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-7 | 12/3/2015 | 170 | 3.4 | 13 | <1.0 | <1.0 | <1.0 | <0.5 | 2.0 | <0.5 | 1.6 | 0.58 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-8 | 12/4/2015 | 41 | 1.5 | 3.1 | <1.0 | <1.0 | <1.0 | <0.5 | 1.6 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-9 | 12/4/2015 | 22 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-10 | 12/4/2015 | 90 | 3.2 | 5.4 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-11 | 12/4/2015 | 100 | 4.3 | 16 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-12 | 12/3/2015 | 45 | 2.5 | 3.3 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | <1.0 | <0.5 |
| HP-13 | 12/8/2015 | 340 | 9.7 | 7.8 | <1.0 | <1.0 | 1.3 | <0.5 | 1.3 | 0.56 | 1.0 | <0.5 | <1.0 | <1.0 | 2.7 | <0.5 |
| HP-14 | 12/8/2015 | <1.0 | 4.4 | 1.6 | <1.0 | <1.0 | <1.0 | <0.5 | <0.5 | <0.5 | <1.0 | <0.5 | <1.0 | <1.0 | 2.0 | <0.5 |
| HP-15 | 12/7/2015 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | <1.0 | 0.66 | 2.6 | 1.8 | 17 | 8.2 | 5.6 | 1.5 | <1.0 | 0.69 |

Notes:

| | | | |
|---|---|---|---|
| PCE | tetrachloroethene | 1,2,4-TMB | 1,2,4-trimethylbenzene |
| TCE | trichloroethene | 1,3,5-TMB | 1,3,5-trimethylbenzene |
| cis-1,2-DCE | cis-1,2-dichloroethene | F-11 | Freon 11; trichlorofluoromethane |
| 1,1-DCE | 1,1-dichloroethene | F-12 | Freon 12; dichlorodifluoromethane |
| MC | methylene chloride; dichloromethane | µg/L | micrograms per liter |
| B | benzene | NE | not established |
| T | toluene | MCL | California Maximum Contaminant Level |
| E | ethylbenzene | | |
| m,p-X | m,p-xylenes | | |
| o-X | o-xylene | | |

**Table II**

**Proposed Well Construction Details**

**Former Pacifica Chemical Site**

**132 West 132nd Street**

**Los Angeles, California**

| Well ID | Hole Diameter (in) | Casing Diameter (in) | Screen | | Depth (ft-bgs) | | | | | | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Slot (in) | Length (ft) | Sand Pack | | Slotted | | Total Depth | | |
| | | | | | Top | Bottom | Top | Bottom | Casing | Hole | |
| MW-1 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 80 | West 132nd Street |
| MW-2 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 60 | 13301 South Main Street |
| MW-3 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 60 | 13301 South Main Street |
| MW-4 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 60 | Southeast corner of Site |
| MW-5 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 60 | South side of Site |
| MW-6 | 10 | 4 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 80 | West side of Site |
| MW-7A | 10 | 2 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 80 | West 134th Street |
| MW-7B | 10 | 2 | 0.010 | 10 | 63 | 75 | 65 | 75 | 75 | 80 | West 134th Street |
| MW-8A | 10 | 2 | 0.010 | 15 | 42 | 60 | 45 | 60 | 60 | 80 | 13301 South Main Street |
| MW-8B | 10 | 2 | 0.010 | 10 | 63 | 75 | 65 | 75 | 75 | 80 | 13301 South Main Street |

Notes:

| | |
|---|---|
| in | inches |
| ft | feet |
| ft-bgs | feet below ground surface |



SITE

SOURCE OF BASE MAP
U.S. GEOLOGICAL SURVEY, 7.5 MIN QUAD., INGLEWOOD, CA, 2015

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET,
LOS ANGELES, CALIFORNIA

SITE LOCATION MAP

-N-

0       1,000      2,000
SCALE  IN  FEET

MUREX
environmental, inc

FIGURE
1

DRAWN BY: EL   DATE: 10/18/2015



SITE MAP SHOWING PCE CONCENTRATIONS IN GROUNDWATER

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

FIGURE 2

LEGEND

⊙  GROUNDWATER GRAB SAMPLE LOCATION (MUREX, 2015)

20  PCE CONCENTRATION IN GROUNDWATER (µg/L)

—  PCE CONCENTRATION CONTOUR

SCALE IN FEET
0   30   60

DRAWN BY: EL   REVISED BY: AW   DATE: 01/08/2016

MUREX environmental, inc



LEGEND

⊙  GROUNDWATER GRAB SAMPLE LOCATION (MUREX, 2015)

✦  PROPOSED GROUNDWATER MONITORING WELL WITH EXPLORATORY BORING TO 80 FT-BGS

✦  PROPOSED GROUNDWATER MONITORING WELL TO 60 FT-BGS

✦  PROPOSED DUAL-NESTED GROUNDWATER MONITORING WELL

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE MAP SHOWING LOCATIONS OF
PROPOSED GROUNDWATER
MONITORING WELLS

MUREX environmental, inc

FIGURE 3

0   40   80
SCALE IN FEET

DRAWN BY: EL    REVISED BY: AW    DATE: 01/08/2016



GROUND SURFACE

CLASS A CONCRETE

3'

4" NOMINAL
PVC RISER, FLUSH–THREADED
(SCH. 40)

CEMENT–BENTONITE GROUT

39'
42'
45'

BENTONITE SEAL (TYP.)

4" NOMINAL
PVC WELL SCREEN,
0.010" CONTINUOUS–SLOT

STATIC WATER TABLE

#2/16 SAND FILTER PACK

FLUSH–THREADED END CAP

60'

80'

TOTAL DEPTH

2' MIN.

GROUNDWATER MONITORING WELL
CONSTRUCTION DETAIL
N.T.S.



BOLT (TYP.)

6'

MW

PLAN

12" ID LEAK RESISTANT
MONITORING WELL MANHOLE

SURFACE SEAL
CLASS A CONCRETE

1/2" MAXIMUM

LOCKING
COMPRESSION CAP

36'

PROFILE

4" MONITORING WELL

GROUNDWATER MONITORING WELL
FLUSH–MOUNT COMPLETION DETAIL
N.T.S.

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

GROUNDWATER MONITORING WELL
CONSTRUCTION DIAGRAM
MW-1 AND MW-6



MUREX
environmental, inc

FIGURE
4



GROUND SURFACE

CLASS A CONCRETE

3'

4" NOMINAL
PVC RISER, FLUSH−THREADED
(SCH. 40)

CEMENT−BENTONITE GROUT

39'
42'
45'

BENTONITE SEAL

4" NOMINAL
PVC WELL SCREEN,
0.010" CONTINUOUS−SLOT

STATIC WATER TABLE

#2/16 SAND FILTER PACK

FLUSH−THREADED END CAP
TOTAL DEPTH

60'

2' MIN.

GROUNDWATER  MONITORING  WELL
CONSTRUCTION  DETAIL
N.T.S.



BOLT (TYP.)

6'

MW

PLAN

12" ID LEAK RESISTANT
MONITORING WELL MANHOLE

SURFACE SEAL
CLASS A CONCRETE

1/2" MAXIMUM

LOCKING
COMPRESSION CAP

36'

PROFILE

4" MONITORING WELL

GROUNDWATER  MONITORING  WELL
FLUSH−MOUNT  COMPLETION  DETAIL
N.T.S.

| FORMER PACIFICA CHEMICAL SITE<br>132 WEST 132ND STREET<br>LOS ANGELES, CALIFORNIA |
| GROUNDWATER MONITORING WELL<br>CONSTRUCTION DIAGRAM<br>MW-2, MW-3, MW-4, MW-5 |



MUREX
environmental, inc

| FIGURE |
| 5 |



A   B

GROUND SURFACE

CLASS A CONCRETE

3'

CEMENT–BENTONITE GROUT

2" NOMINAL
PVC RISER, FLUSH–THREADED
(SCH. 40) (TYP.)

39'
42'          #2/16 SAND FILTER PACK
45'

— STATIC WATER TABLE

60'
63'          BENTONITE SEAL (TYP.)
65'
2" NOMINAL
PVC WELL SCREEN,
0.010" CONTINUOUS–SLOT (TYP.)

FLUSH–THREADED END CAP (TYP.)
75'

80'          TOTAL DEPTH

2' MIN.

GROUNDWATER  MONITORING  WELL
CONSTRUCTION  DETAIL
N.T.S.



BOLT (TYP.)

MW

6'

PLAN

12" ID LEAK RESISTANT
MONITORING WELL MANHOLE

SURFACE SEAL
CLASS A CONCRETE

1/2" MAXIMUM

LOCKING
COMPRESSION CAP
(TYP.)

36'

2" MONITORING WELL (TYP.)

PROFILE

GROUNDWATER  MONITORING  WELL
FLUSH–MOUNT  COMPLETION  DETAIL
N.T.S.

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

GROUNDWATER MONITORING WELL
CONSTRUCTION DIAGRAM
MW-7A/B AND MW-8A/B



MUREX
environmental, inc

FIGURE
6

# EXHIBIT "2"



**May 20, 2016**
File Number 1044-001-200

Department of Toxic Substances Control
Brownfields & Environmental Restoration Program
9211 Oakdale Avenue
Chatsworth, California 91311

Attn:          Ms. Sara Vela – Project Manager

Subject:        **Response to DTSC Comments**
                Former Pacifica Chemical Site
                Facility Investigation Report
                132 West 132nd Street, Los Angeles, California 90061

Dear Ms. Vela:

Murex Environmental, Inc. (Murex) has prepared this letter in response to comments provided by the Department of Toxic Substances Control (DTSC), including the Brownfields & Environmental Restoration Program, the Geological Services Unit (GSU), and the Human and Ecological Risk Office (HERO), regarding the February 15, 2016 *Facility Investigation Report* prepared by Murex for the Former Pacifica Chemical Site located at 132 West 132nd Street in Los Angeles, California (Site).

We are providing this letter to address comments provided by DTSC, as memorialized in their letter dated March 9, 2016.  *Italicized text* is used to identify comments from the DTSC.

### 1. Depiction of trenches and above-ground storage tanks (ASTs):
*It would be beneficial if all former trenches were clearly and consistently depicted on the Report figures, as to keep consistent with the proximity of former trenches to all data point locations at the Site.  It would also benefit the Report review if the 400, 1,000 and 2,000 above ground storage tanks (AST) were clearly and consistently depicted in the Report figures.*

Murex Response:  Comment noted; changes have been made.  With respect to the ASTs, available records do not support depicting the location of the ASTs in a precise manner.

***2. Further delineation of potential source areas:***

*DTSC GSU agrees that there appears to be an onsite source of PCE.  The passive soil vapor sample results indicate a shallow source of PCE in the vicinity of the former mixing tanks and in the center of the warehouse area.  Soil samples taken from the Site (both inside and outside of the warehouse and in the area of the former mixing tanks) also contain PCE, both at shallow intervals and at depth.  The cross-sections provided in Figures 6 and 7 indicate that the majority of the intervals in the depicted borings where PCE occurs in the vadose zone are high in silts and clays, as would be expected if PCE was migrating downward through the vadose zone from a shallow source zone.  The two borings with the most continuous path to groundwater based on detected concentrations of PCE throughout their vertical profile are B-13 and B-14, which happen to be located in the vicinity of the former mixing tanks and in the center of the warehouse, coinciding with the hot spots identified by passive soil vapor sampling.  Boring B-6 also has detections of PCE throughout its vertical profile and this boring is located just outside of the warehouse and downgradient of the trench drains located in the southern portion of the warehouse (identified in a previous report, but left out of the current report).  DTSC GSU recommends further delineation of the potential source areas.*

Murex Response:  Comment noted.  Murex will work with DTSC to identify remaining data gaps after the groundwater investigation report has been submitted and reviewed.

***3. Hydropunch data for groundwater:***

*Hydropunch data indicates the presence of VOCs in groundwater.  Concentrations range from 11 to 78 µg/L upgradient of the Site and from ND to 2,200 µg/L for PCE on the Site.  The ND in HP-14 conflicts with soil and soil vapor data from the same location and the ND in HP-15 conflicts with a previous investigation that identified concentrations of PCE as high as 520 µg/L in the same area.  Hydropunch data can be useful, but does not provide a complete picture of groundwater.  It is evident that there is a VOC plume in the vicinity of the Site, and DTSC GSU believes groundwater data from the recently installed groundwater monitoring wells will provide a more accurate depiction of groundwater quality and until this data is available, conclusions should not be drawn on the potential source of VOCs in groundwater.*

Murex Response:  Comment noted.   The groundwater investigation report will be submitted when complete.

***4. Conflicting PCE concentrations:***

*5.1 Soil (p. 15):  Murex conflictingly states the maximum PCE concentration detected in the vadose zone soil was only 85 µg/kg.  Earlier in the report (p.11) and in the data tables, the highest concentration reported was 190 µg/kg at 40 ft-bgs in boring B-6, where groundwater was not encountered until a depth of 48 ft-bgs.  Data reporting needs to be consistent throughout the report.  Also, the statement "a likely very minor source of PCE" should be removed.*

<u>Murex Response</u>:  Murex concurs with DTSC GSU.  Changes have been made.

***5. Indoor air re-evaluation*:**

*Since it is uncertain which of the detected chemicals may be the result of cigarette smoke, regional air pollution, or a cleaning compound located within the building, the indoor ambient air data may not be adequate to evaluate indoor air.  DTSC GSU recommends re-evaluating indoor air, being sure to remove any possible sources such as cleaners and cigarette smoke.  Also, more than two indoor air samples from within the offices at the Site should be collected.*

<u>Murex Response</u>:  Comment noted.

***6. PCE Statements:***

*Sections 5.1 and 5.3:  HERO recommends deleting the following statements "…a likely very minor source of PCE beneath the Site building, with…" (Page 15) and "it is likely that the mass of PCE released is quite low, despite the elevated vapor results" (Page 16), as limited discrete soil sampling results are normally inadequate to assess the amount/mass of releases and conversely the soil vapor and groundwater data collected at the site do not support these statements.*

<u>Murex Response</u>:  Comment noted; changes have been made.

***7. Additional lines of evidence:***

*Sections 5.2 and 5.3:  For future reference, active soil vapor and groundwater data should be used as additional lines of evidence to assess vapor intrusion related to subsurface contamination.  Specifically, a screening or site-specific risk evaluation may be necessary to evaluate vapor intrusion potential for future site use (e.g., modification of current building configuration or construction of new buildings) and to determine cleanup goals for these media.*

<u>Murex Response</u>:  Comment noted.

***8. Identification of sub-surface related chemicals:***

*Section 5.4:  Two of the chemicals (benzene and carbon tetrachloride) contributing significantly to the total risks do not appear related to the subsurface contamination found at the site and are likely attributed to other sources instead (see Section 3.6).  Thus, HERO recommends identifying a list of subsurface-related chemicals of concern (COCs) detected in soil, soil vapor, and groundwater at the site, and re-calculating the indoor air risks for these COCs only to aid future decision-making.*

<u>Murex Response</u>:  Comment noted.  COCs for the Site have been identified; indoor air risks have been re-calculated and re-evaluated.

***9. PCE Statement:***

*Section 6.1:  Please delete or revise the following statement, "...the mass of PCE likely released at the Site is expected to be of small quantity".*

<u>Murex Response</u>:  Comment noted; changes have been made.

***10. Updating soil screening levels:***

*Tables II and III:  HERO recommends updating the soil screening levels in accordance with the DTSC Human Health Risk Assessment (HHRA) Note 3.  Specifically, the latest USEPA RSLs and DTSC-modified screening levels (for chemicals listed on Table 1 of the HHRA Note 3) should be used to evaluate the soil sampling results.*

<u>Murex Response</u>:  Comment noted; changes have been made.

**Closing**

Murex is available to discuss the findings of our report with you and your designated representatives and to provide consultation and further service, if you elect.  Should you have any questions or concerns regarding the material herein, please do not hesitate to contact the undersigned at (714) 508-0800.


Sincerely,
MUREX ENVIRONMENTAL, INC.

**Jeremy R. Squire, P.E.**
**Senior Engineer**

February 15, 2016, revised May 20, 2016

Facility Investigation Report

Former Pacifica Chemical Site
132 West 132nd Street
Los Angeles, California

DTSC Site Code 301729

Prepared on Behalf of

Wood, Smith, Henning, & Berman, LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024

Prepared for

California Department of Toxic Substances Control
Chatsworth, California

Prepared By



# TABLE OF CONTENTS

TABLE OF CONTENTS.......................................................................................................... i

List of Tables ............................................................................................................... iii

List of Figures ............................................................................................................. iii

List of Appendices ...................................................................................................... iii

1.0    INTRODUCTION ................................................................................................ 1

1.1    Objective ...................................................................................................... 1

1.2    Report Organization ..................................................................................... 1

2.0    SITE BACKGROUND ......................................................................................... 2

2.1    Site Description and History......................................................................... 2

2.2    Previous Site Assessments and Investigations............................................ 2

2.2.1    Summary of Environmental Concerns from Site History Review ............................ 3

2.2.2    Previous Investigation Findings ................................................................. 4

2.3    Geology and Hydrogeology .......................................................................... 4

3.0    FIELD INVESTIGATION ..................................................................................... 6

3.1    Pre-Field Activities ....................................................................................... 6

3.2    PASSIVE SOIL VAPOR SAMPLING ............................................................... 6

3.2.1    Emplacement of Passive Soil Vapor Samplers ......................................... 6

3.2.2    Retrieval of Passive Soil Vapor Samplers ................................................ 6

3.3    Soil Borings ................................................................................................... 7

3.4    Hydropunch Groundwater Sampling ........................................................... 8

3.5    Active Soil Vapor Sampling........................................................................... 8

3.5.1    Installation of Soil Vapor Sampling Probes.............................................. 8

3.5.2    Soil Vapor Sampling .................................................................................. 9

3.6    Indoor and Ambient Air Sampling ............................................................... 9

3.7    Waste Disposal ........................................................................................... 10

3.8    Variance from Workplan ............................................................................ 10

4.0    RESULTS.......................................................................................................... 11

4.1    Soil Data...................................................................................................... 11

4.2    Groundwater Data .................................................................................................... 11

4.3    Soil Vapor Data ........................................................................................................ 12

    4.3.1    Passive Soil Vapor Data ...................................................................................... 12

    4.3.2    Active Soil Vapor Data ........................................................................................ 12

4.4    Indoor and Ambient Air Data ................................................................................. 13

5.0    EVALUATION AND DISCUSSION ................................................................................ 15

5.1    Soil .......................................................................................................................... 15

5.2    Groundwater .......................................................................................................... 15

5.3    Soil Vapor ............................................................................................................... 15

5.4    Indoor Air ............................................................................................................... 16

6.0    SUMMARY AND RECOMMENDATIONS ................................................................... 19

6.1    Summary ................................................................................................................. 19

6.2    Recommendations .................................................................................................. 19

7.0    CLOSING .................................................................................................................... 20

8.0    REFERENCES .............................................................................................................. 21

<u>List of Tables</u>

Table I          Summary of Passive Soil Vapor Analytical Data
Table II         Summary of Soil Analytical Data – VOCs
Table III        Summary of Soil Analytical Data – Metals
Table IV         Summary of Soil Analytical Data – SVOCs
Table V          Summary of Soil Analytical Data – PCBs
Table VI         Summary of Soil Analytical Data – TPH
Table VII        Summary of Groundwater Analytical Data
Table VIII       Soil Vapor Probe Construction Details
Table IX         Summary of Soil Vapor Analytical Data
Table X          Summary of Indoor and Ambient Air Analytical Data

<u>List of Figures</u>

Figure 1         Site Location Map
Figure 2         Site Plan Showing Study Area
Figure 3         Site Plan Showing PCE in Passive Soil Vapor
Figure 4         Site Plan Showing PCE in Soil
Figure 5         Site Plan Showing Cross-Section Cut Lines
Figure 6         Generalized Geologic Cross Section A-A'
Figure 7         Generalized Geologic Cross Section B-B'
Figure 8         Site Plan Showing PCE in Groundwater
Figure 9         Site Plan Showing TCE in Groundwater
Figure 10        Site Plan Showing cis-1,2-DCE in Groundwater
Figure 11        Site Plan Showing PCE in Soil Vapor at 5 ft-bgs
Figure 12        Site Plan Showing PCE in Soil Vapor at 15 ft-bgs
Figure 13        Site Plan Showing PCE in Soil Vapor at 25 ft-bgs
Figure 14        Site Plan Showing PCE in Soil Vapor at 35 ft-bgs
Figure 15        Site Plan Showing PCE in Indoor and Ambient Air

<u>List of Appendices</u>

Appendix A       Boring Logs
Appendix B       Construction Diagrams
Appendix C       Laboratory Analytical Data
Appendix D       Summary of Analytes Detected

## 1.0    INTRODUCTION

Murex Environmental, Inc. (Murex) has prepared this *Facility Investigation Report* for the Former Pacifica Chemical Site located at 132 West 132nd Street in Los Angeles, California (Site; see **Figure 1**).  The scope of work described herein was proposed by Murex in the technical memorandum titled *Site Investigation Workplan* (Workplan), dated November 6, 2015, and was developed in consultation with the California Department of Toxic Substances Control (DTSC) through informal working sessions held at the DTSC offices on October 6 and November 2, 2015.  DTSC also provided written comments to the November 6 workplan in a letter, dated December 18; based on that feedback, Murex modified field procedures and included additional laboratory testing to accommodate the input from DTSC where possible.  Variance from the procedures proposed in the November 6 Workplan were necessary due to field constraints or DTSC requests, as identified in this report.

### 1.1    Objective

This report summarizes the subsurface investigation activities completed at the Site and adjacent properties.  The work was performed to characterize and delineate the extent of suspected historical releases of hazardous materials and quantify exposure-point concentrations for Site receptors.  The investigation included the collection of soil, soil vapor, and groundwater samples, as well as the collection of indoor air samples.  The implementation of the work described herein has provided a broader understanding of the environmental conditions of the Site and the surrounding vicinity.

### 1.2    Report Organization

This report is organized as provided below.

- **Section 2 – Site Background:**  provides a summary of Site background information, previous assessments and investigations, and geology and hydrogeology.

- **Section 3 – Field Investigation:**  describes the details and specifications of the field investigative activities and sampling program.

- **Section 4 – Results:**  presents a summary of the results from the field investigation.

- **Section 5 – Evaluation and Discussion:**  provides an evaluation and discussion of the findings from the field investigation.

- **Section 6 – Summary and Recommendations:**  presents a summary of findings, as well as recommendations of next steps for the project.

## 2.0   SITE BACKGROUND

### 2.1   Site Description and History

The Site is located at 132 West 132nd Street in Los Angeles, California.  The Site consists of an approximate 1.6-acre tract of land that has been improved with an approximate 36,700-square-foot single-story warehouse structure containing a two-story mezzanine consisting of office space within the interior of the structure.  The remainder of the Site consists of landscaping and paved parking and drive areas.  The general layout of the Site is depicted on **Figure 2**.

Based on a review of available records, the Site was historically located within the Rosecrans Oil Field, with prevalent oil exploration activities apparent in the vicinity of the Site from approximately the 1920s to 1960s.  According to building permit records, construction of the current Site building began in 1976 from vacant land.  The Site was reportedly occupied by Pacifica Chemical, Inc. from the late-1970s until roughly 1999.  Operations conducted by Pacifica Chemical, Inc. were reported to include chemical mixing and distribution, including the formulation of fabric softeners, dyes, and light detergents.  The Site is currently occupied by a variety of logistics operations that includes Richard G. Fleischer Customs Brokers, Rifle Freight, Inc., Fleischer Freight Service, Inc., and Gava Group.

### 2.2   Previous Site Assessments and Investigations

Previous assessments and investigations completed for the Site are listed below, followed by a summary of the environmental concerns and findings identified in the documents.

- Phase I Environmental Site Assessment Report, prepared by JMK Environmental Solutions, Inc. (JMK), dated April 8, 2003

- Phase I Environmental Site Assessment Report, prepared by A/E West Consultants, Inc. (A/E West), dated April 1, 2005

- Subsurface Environmental Investigation of Soil for Wastewater Clarifier Closure, prepared by Aqua Science Engineers, Inc. (ASE), dated April 13, 2005

- Phase I Environmental Site Assessment Report, prepared by Andersen Environmental (Andersen), dated March 16, 2015

- Limited Subsurface Investigation and Indoor Air Sampling, prepared by EEC Environmental (EEC), dated April 17, 2015

### 2.2.1   Summary of Environmental Concerns from Site History Review

Records from the California Department of Conservation, Division of Oil, Gas, and Geothermal Resources, indicated that several historical oil wells were located in the vicinity of the Site, which was historically located within the Rosecrans Oil Field.  Records indicated the operator of some of the wells (Marmac Resources Co.) was also listed as the owner of the Site in 1977, roughly when the Site was originally developed from vacant land to its current configuration. Aerial photographs indicate that the Site contained unpaved roads associated with adjacent oil-field exploration activities from at least 1928 through 1965; apparent excavations and/or pits associated with the oil exploration activities were located on-Site in 1956.

Records from the Phase I reports also describe activities and structures that are pertinent to the environmental condition of the Site which are related to business activities that took place after the building was constructed, which are outlined below.

An approximate 1,500-gallon three-stage wastewater clarifier located at the exterior northwest corner of the Site building was reportedly installed in 1986.  The clarifier was historically connected to a network of interior trenches and a wastewater discharge trap/sump.  Records from the Los Angeles County Department of Public Works (LACDPW), Environmental Programs Division, indicated permit number 11027 for the Site was void as of July 2000 due to vacancy of the Site and non-use of the clarifier.  Violations were reportedly issued to Pacifica Chemical for failing to comply with requests to close the clarifier permit.  The trenches were reportedly filled with concrete prior to 2003; the discharge trap/sump was observed as intact in 2003, though has since been filled with concrete, as evidenced by inspection of the floor area during a recent Site visit.  The clarifier was reportedly filled with concrete in 2004, which is consistent with the surface appearance within what is now employee parking.  The LACDPW reportedly ordered a closure report for the clarifier following an inspection of the Site in February 2005.

Records from the Los Angeles County Environmental Programs Division indicated that three aboveground storage tanks (ASTs) were historically located on-Site, including one 400-gallon AST, one 1,000-gallon AST, and one 2,000-gallon AST.  The 2,000-gallon AST reportedly contained perchloroethylene (tetrachloroethene; PCE) and was located within the interior of the southwestern portion of the Site building from 1985 until sometime in the late-1990s.  PCE was reportedly transferred into the 2,000-gallon AST from bulk truck shipments and subsequently repackaged into 55-gallon drums for resale purposes.  Wastewater was reportedly generated from the cleaning of mixing tanks and the washing down of interior portions of the Site.

### 2.2.2   Previous Investigation Findings

The investigation completed by ASE in 2005 included two borings on either side of the clarifier to a depth of 8 ft-bgs (approximately 2 to 3 feet below the estimated bottom of the clarifier). Soil samples collected from 8 ft-bgs were analyzed for VOCs, semivolatile organic compounds (SVOCs), and pH, as required by the LACDPW.  The analytical results indicated that VOCs and SVOCs were not detected in the soil samples; pH of the samples was measured at approximately 8.0 to 8.2.

The investigation completed by EEC in 2015 included 14 borings across the Site, with nine borings advanced to a depth of 5 ft-bgs and five borings advanced to depths of 45 to 50 ft-bgs; soil, soil vapor, and groundwater samples were collected for laboratory analysis.  In addition, EEC also performed indoor air sampling.  The analytical results indicated that PCE was detected in a majority of soil samples, with concentrations ranging up to 71.5 micrograms per kilogram (µg/kg); the highest concentrations of PCE in soil were detected in the 25 to 30 ft-bgs depth horizon.  An elevated concentration of total petroleum hydrocarbons as diesel-range organics (TPHd) was detected at 2,000 milligrams per kilogram (mg/kg) in one shallow soil sample collected near the clarifier.   PCE was detected in soil vapor at concentrations up to 140 micrograms per liter (µg/L) in the 5 ft-bgs depth horizon, up to 526 µg/L in the 15 ft-bgs depth horizon, up to 530 µg/L in the 30 ft-bgs depth horizon, and up to 799 µg/L in the 40 to 43 ft-bgs depth horizon.  The highest concentrations of PCE in soil vapor for each depth horizon were identified beneath the western portion of the Site building, beneath the historical location of the mixing tanks.  PCE was detected in groundwater at concentrations up to 520 µg/L; the highest concentrations of PCE in groundwater were identified beneath the eastern portion of the Site.  The two indoor air samples collected indicated concentrations of PCE between 12 and 18 micrograms per cubic meter (µg/m$^3$).

## 2.3   Geology and Hydrogeology

The Site is located in the northern part of the Peninsular Range Geomorphic Province, within the Central Basin of the Los Angeles Groundwater Basin.  The Central Basin sediments are underlain by a sequence of marine and non-marine sedimentary rocks.   Sedimentary formations include unconsolidated Quaternary deposits of fine-grained sands and silts of non-marine origin, underlain by thick sands and silts of shallow marine origin known as the Lakewood Formation, which lies unconformably atop the thicker sand- and gravel-rich San Pedro Formation.  In the vicinity of the Site, the Lakewood and San Pedro formations extend from a depth of approximately 80 to 700 ft-bgs.  (DWR, 1961)

The principal hydrostatigraphic units underlying the Site include the near-surface Bellflower Aquiclude, which is composed of unconsolidated Quanternary deposits of silts, fine-grained

sands, and silty sands of non-marine origin that are reported to extend to a depth of approximately 80 ft-bgs in the vicinity of the Site.  The Bellflower Aquiclude forms a low-permeability cap over the region, hindering surface water infiltration to the lower aquifers of the Lakewood and San Pedro Formations.  The Bellflower Aquiclude contains perched water zones and acts as a confining layer to the aquifers beneath it, such as the Gage, Lynwood, Silverado, and Sunnyside aquifers.  (DWR, 1961)

Based on data obtained from a nearby cleanup site, the groundwater in the Site vicinity is estimated to flow in a southerly direction (WorleyParsons, 2010, 2015).

## 3.0    FIELD INVESTIGATION

The following section describes the scope of work completed during the investigation.

### 3.1    Pre-Field Activities

Murex prepared a Site-specific Health and Safety Plan prior to the performance of field work. In addition, the proposed boring locations were marked for utility clearance by Underground Service Alert (USA; DigAlert).

### 3.2    PASSIVE SOIL VAPOR SAMPLING

#### 3.2.1   Emplacement of Passive Soil Vapor Samplers

A total of 50 passive soil vapor samplers were emplaced at the Site and adjacent to the Site on November 23 and 24, 2015.  The locations of the passive soil vapor samples are shown on **Figure 3**.

To emplace the samplers, a 1.5-inch-diameter drill bit was advanced through the surface material (e.g., concrete, asphalt) to a depth of approximately 1 ft-bgs.  A 0.5-inch-diameter drill bit was then used to advance a hole to a depth of approximately 3 ft-bgs.  A 1-inch-diameter, 12-inch long metal sleeve was installed within the sample location, and the sampler containing hydrophobic adsorbent cartridges within a glass vial was emplaced within the metal sleeve.  Prior to emplacement, the solid plastic cap of the glass vial was replaced with a sampling cap containing mesh screen.  The sampler was emplaced within the sample location up-side-down (i.e., with the mesh screen oriented downward) to allow the cartridges to adsorb vapors within the subsurface.  Aluminum foil was then placed atop the metal sleeve and tamped to seal the sampler and prevent cross contamination from ambient air above the surface.  The surface of each sample location was completed with a temporary concrete patch.

#### 3.2.2   Retrieval of Passive Soil Vapor Samplers

Following an approximate two-week sample period, the samplers were collected by removing the temporary concrete patch and retrieving the glass vial.  The sampling cap of the vial was replaced with a solid plastic cap, effectively sealing the sampling cartridges.  Passive soil vapor samples were stored in a laboratory-supplied container and transported under proper chain-of-custody procedures to Beacon Environmental Services, Inc. of Forest Hill, Maryland.  Passive soil vapor samples were analyzed for a custom-compound list (including VOCs and TPH) by USEPA Method 8260C.  Laboratory results for passive soil vapor samples are summarized in **Table I** and are shown in units of nanograms (mass, not concentration), since the test method is meant to identify relative VOC content in a network of sample locations.

### 3.3    Soil Borings

A total of 18 soil borings (B-1 through B-18) were advanced at the Site and adjacent to the Site from November 30 to December 9, 2015.  Fifteen of the borings (B-1 through B-15) were advanced to a depth of approximately 50 to 55 ft-bgs, while three borings (B-16 through B-18) were advanced to approximately 10 to 15 ft-bgs.  The locations of the soil borings are shown on **Figure 4**.

Murex conducted the drilling operations using a California-licensed driller under the direction of a California-registered civil engineer.  All drilling locations were hand-augered to at least 5 ft-bgs prior to drilling as a safety precaution for clearance of underground utilities; due to spatial limitations, the advancement of boring B-16 was completed solely via hand auger to a depth of approximately 10 ft-bgs.  The remaining borings were advanced using direct-push technology (DPT) drill rigs to collect soil continuously for lithologic logging.  Exterior borings were generally advanced using a truck-mounted DPT drill rig, while the interior borings were advanced using a track-mounted DPT drill rig.  Soil was logged based on ASTM D2488, *Standard Practice for Description and Identification of Soils (Visual-Manual Procedure)*.  Soil boring logs are included in **Appendix A**.  Cross-section cut lines are depicted on **Figure 5**; generalized geologic cross sections are presented on **Figure 6** and **Figure 7**.

During drilling activities, soils were examined to identify and document sensory/visual evidence of chemical impairment; soils were also field-screened with a PID for the presence of VOCs.  Soil samples for VOC analysis were collected in pre-preserved containers using USEPA Method 5035.  Additional soil samples were collected in glass jars and acetate sleeves.  Soil samples were then stored in pre-cooled ice chests and transported under proper chain-of-custody procedures to SunStar Laboratories, Inc. (SunStar Labs) of Lake Forest, California (California Department of Public Health Environmental Laboratory Accreditation Program [ELAP] #2250).  A total of 106 soil samples were submitted for laboratory analysis, as specified below.

- VOCs by USEPA Method 8260B – 103 soil samples

- Title 22 Metals by USEPA Method 6010B/7400 – 26 soil samples (as requested by DTSC)

- SVOCs by USEPA Method 8270C – 2 soil samples (as requested by DTSC)

- polychlorinated biphenyls (PCBs) by USEPA Method 8082 – 12 soil samples (as requested by DTSC)

- total petroleum hydrocarbons as gasoline-range organics (TPHg) and TPHd by USEPA Method 8015C(M) – 2 soil samples (as requested by DTSC)

Laboratory results for soil samples collected during drilling activities are summarized in **Table II** (VOCs), **Table III** (metals), **Table IV** (SVOCs), **Table V** (PCBs), and **Table VI** (TPH).

Upon completion, the three shallow soil borings (B-16 through B-18) were backfilled with bentonite, hydrated with water, and patched with dyed concrete or native soil to generally match the existing surface.  The remaining borings were completed as discussed below.

### 3.4    Hydropunch Groundwater Sampling

Grab groundwater samples were collected via hydropunch method from a total of 15 soil borings (B-1 through B-15).  Borings were advanced to depths of approximately 50 to 55 ft-bgs, which was the general horizon within which groundwater could be reliably encountered and sampled.  The locations of the borings from which groundwater samples were collected are depicted on **Figure 8** through **Figure 10**.

Upon reaching the terminus of each boring, disposable PVC screen was temporarily installed and groundwater samples were collected via disposable tubing using a check valve.  Groundwater samples were collected in pre-preserved sample containers, stored in a pre-cooled ice chest, and transported under proper chain-of-custody procedures to SunStar Labs of Lake Forest, California (ELAP #2250).  Groundwater samples were analyzed for VOCs by USEPA Method 8260B. Laboratory results for hydropunch groundwater samples collected during drilling activities are summarized in **Table VII**.

Upon completion, four borings (B-1 through B-3 and B-8) were backfilled with bentonite, hydrated with water, and patched with dyed concrete to generally match the existing surface. The remaining borings were completed with the installation of soil vapor sampling probes, as discussed below.

### 3.5    Active Soil Vapor Sampling

#### 3.5.1    Installation of Soil Vapor Sampling Probes

Upon completion of hydropunch groundwater sampling, multi-completion soil vapor sampling probes were installed within a total of 11 borings (B-4 through B-7 and B-9 through B-15).  The soil vapor probes were installed in accordance with the *Advisory – Active Soil Gas Investigations* document promulgated by DTSC (2015a).  The locations of the soil vapor sampling points are shown on **Figure 11** through **Figure 14**.

Each multi-nested soil vapor sampling point was constructed using 0.25-inch outer-diameter Nylaflow tubing with a stainless-steel sampling probe installed at approximately 5, 15, 25, and

35 ft-bgs.  A seal of bentonite chips hydrated with water was installed below each filter pack; each probe was then installed within approximately 12 inches of sand filter pack, followed by approximately 24 inches of dry bentonite and bentonite chips hydrated with water.  The surface completion of each well was constructed with an EMCO-Wheaton traffic-rated well box set in concrete and slightly raised from the surrounding ground surface.  Construction details for the soil vapor sampling points are provided in **Table VIII**; construction diagrams are included in **Appendix B**.

### 3.5.2   Soil Vapor Sampling

Soil vapor sampling was completed following a minimum equilibration period of at least 48 hours.  Each of the soil vapor probes was purged and sampled in accordance with the *Advisory – Active Soil Gas Investigations* document promulgated by DTSC (2015a).  Upon purging, soil vapor samples were collected with clean 50-milliliter glass syringes by H&P Mobile GeoChemistry, Inc. (H&P) of Carlsbad, California.  Soil vapor samples were analyzed on-Site for VOCs by USEPA Method 8260B with the use of H&P's mobile laboratory.  In addition, four duplicate soil vapor samples were collected and analyzed for QA/QC purposes.  Laboratory results for soil vapor samples are summarized in **Table IX**.

## 3.6    Indoor and Ambient Air Sampling

An indoor air sampling event was conducted during the investigation, which included a pre-event inspection of the building interior, selection of representative canister placement locations, and an 8-hour sample collection process, which was conducted during the businesses' operational hours during a weekday (Thursday, December 10, 2015).

Prior to the start of the sampling event, materials observed within the Site building that had the potential to interfere with the indoor air samples were noted, as listed below.

- Rust-Oleum Watco Danish Oil Finish (wood oil/finish)

- Elmer's Carpenter's Wood Filler Max (wood filler)

- Pitney Bowes E-Z Seal Sealing Solution (envelope sealing solution)

- Lysol Multi-Surface Cleaner (cleaning solution)

- Clorox Cleaner + Bleach (cleaning solution)

- Unique Natural Products Pet Odor & Stain Eliminator (cleaning solution)

In addition, Murex noted that several individuals employed by the Site business smoke cigarettes within interior portions of the Site throughout the day.  The occurrence of this activity has a high likelihood of impacting the results of the indoor air samples, as cigarette

smoke is known to contain VOCs (e.g., benzene, toluene, and xylenes; Rodgman and Perfetti, 2009).

Indoor air samples (IA-101 through IA-106) were collected from six locations within the Site building, each placed at an approximate height of 5 to 6 feet above ground surface, with two located inside of the offices and four placed within the warehouse areas.  Ambient air samples (AA-101 through AA-103) were collected from three locations around the perimeter of the Site building, each placed at an approximate height of 5 to 6 feet above ground surface.  The locations of the indoor air and ambient air samples are depicted on **Figure 15**.

The air samples were collected with flow-restricted 6-liter Summa canisters over an eight-hour interval to simulate full-work-day conditions.  Air samples were transported under proper chain-of-custody procedures to H&P of Carlsbad, California.  The indoor air and ambient air samples were analyzed for VOCs by USEPA Method TO-15.  Laboratory results for indoor air and ambient air samples are summarized in **Table X**.

### 3.7    Waste Disposal

Waste soil generated during drilling was collected and temporarily stored on-Site in 55-gallon drums while profiling could be completed.  A total of seven drums of soil were generated and will be transported for disposal to an appropriately-licensed disposal facility.

### 3.8    Variance from Workplan

As previously noted, DTSC requested several soil analyses (metals, SVOCs, PCBs, and TPH) that were not proposed in the Workplan.  The purpose of the additional analyses was as follows:

- to assess the potential for shallow-soil impacts of metals and PCBs near the clarifier at the northwest corner of the Site building and a pad-mounted transformer near the northern boundary of the Site;

- to assess the potential for deep-soil impacts of metals, SVOCs, and TPH north of the Site (based on a layer of discolored soil observed during a DTSC manager Site visit).

## 4.0    RESULTS

### 4.1    Soil Data

A total of 106 soil samples from 18 boring locations were submitted for laboratory analysis. PCE was detected in 48 of the 103 soil samples analyzed for VOCs, with concentrations ranging from 4.6 to 380 µg/kg.  The highest concentrations of PCE detected were identified in the soil samples collected from boring B-6 at 40 ft-bgs (190 µg/kg) and 50 ft-bgs (120 µg/kg), boring B-11 at 50 ft-bgs (130 µg/kg), and boring B-14 at 50 ft-bgs (380 µg/kg) and 55 ft-bgs (140 µg/kg).  A summary of PCE soil data is provided on **Figure 4**.

TCE was detected in 1 of the 103 samples at a concentration of 8.7 µg/kg (B-14 at 50 ft-bgs). The sample collected from boring B-14 at 55 ft-bgs exhibited detections of 1,2,4-trimethylbenzene (9.5 µg/kg) and naphthalene (44 µg/kg).  The remaining samples did not exhibit detectable concentrations of VOCs.

The results of the 26 soil samples analyzed for Title 22 Metals, as requested by DTSC, indicated detections of non-anthropogenic metals at concentrations consistent with background levels for Southern California soils.  Although roughly half of the soil samples exhibited detectable concentrations of arsenic (ranging up to 3 mg/kg), a reasonable upper limit to background levels of arsenic in soil for the Los Angeles area of California is considered to be between 6 and 12 mg/kg (DTSC, 2005, 2008).

Of the soil samples analyzed for SVOCs (2 samples), PCBs (12 samples), and TPH (2 samples), as requested by DTSC, none of the analytes were detected above laboratory detection limits (i.e., sample results were non-detect).

Analytical data for soil samples are summarized in **Table II** (VOCs), **Table III** (metals), **Table IV** (SVOCs), **Table V** (PCBs), and **Table VI** (TPH).  Laboratory reports are included in **Appendix C**.

### 4.2    Groundwater Data

A total of 15 hydropunch groundwater samples were collected for laboratory analysis of VOCs. PCE was detected in 13 of the 15 groundwater samples, with concentrations ranging from 11 to 2,200 µg/L, which exceed the California Maximum Contaminant Level (MCL) of 5 µg/L.  The highest concentrations of PCE detected were identified in the groundwater samples collected from borings B-4 (550 µg/L), B-6 (2,200 µg/L), and B-13 (340 µg/L).  Concentrations of PCE in groundwater and isoconcentration contours are presented on **Figure 8**.

Concentrations of TCE were detected up to 11 µg/L, with three of the ten detections exceeding the MCL of 5 µg/L.  Concentrations of TCE in groundwater and isoconcentration contours are presented on **Figure 9**.  Concentrations of cis-1,2-DCE were detected up to 17 µg/L, with four of the eight detections exceeding the MCL of 6 µg/L.  Concentrations of cis-1,2-DCE in groundwater and isoconcentration contours are presented on **Figure 10**.

In addition to chlorinated solvents, the groundwater samples exhibited several relatively-low (and likely insignificant) concentrations of BTEX compounds (benzene, toluene, ethylbenzene, and xylenes), 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, chloroform, Freon 11, and Freon 12 that were below their respective MCLs, as applicable.

A summary of groundwater analytical data is provided in **Table VII**.  Laboratory analytical reports are included in **Appendix C**.

## 4.3    Soil Vapor Data

### 4.3.1   Passive Soil Vapor Data
A total of 50 passive soil vapor samples were collected for qualitative analysis.  The data indicate two areas beneath the Site with the most-prevalent occurrence of PCE, including an area in the western portion (in the vicinity of sample P-10) and in the southern-central portion (in the vicinity of samples P-33, P-34, and P-40).

A summary of passive soil vapor data is provided in **Table VII**.  A colored representation of relative passive soil vapor magnitudes for PCE is presented on **Figure 3**.  The laboratory report included in **Appendix C** also includes representations of passive soil vapor data for TCE, Freon 11, and TPHd.

### 4.3.2   Active Soil Vapor Data
A total of 44 soil vapor samples were collected from 11 quadruple-completion sampling points installed at the Site.  PCE was detected in all of the soil vapor samples, with concentrations ranging up to 360 µg/L in the 5 ft-bgs depth horizon, up to 480 µg/L in the 15 ft-bgs depth horizon, up to 610 µg/L in the 25 ft-bgs depth horizon, and up to 660 µg/L in the 35 ft-bgs depth horizon.  The highest concentrations of PCE detected in soil vapor were generally identified at the 25 and 35 ft-bgs depth horizons, such as the samples collected from SV-7 at 25 ft-bgs (570 µg/L), from SV-10 at 35 ft-bgs (650 µg/L), from SV-12 at 25 ft-bgs (610 µg/L) and 35 ft-bgs (660 µg/L), and from SV-14 at 25 ft-bgs (600 µg/L) and 35 ft-bgs (560 µg/L).  For the shallow 5 ft-bgs depth horizon, the highest concentrations of PCE were detected in the samples

collected from SV-5 (360 µg/L), SV-7 (260 µg/L), and SV-12 (310 µg/L), with concentrations in the remaining samples ranging from 35 to 190 µg/L.

TCE was detected in 43 of the 44 soil vapor samples collected, with concentrations ranging up to 8.0 µg/L.  Cis-1,2-DCE was detected in 7 of the 44 soil vapor samples collected, with concentrations ranging up to 5.9 µg/L.

Freon 11 (trichlorofluoromethane) was detected in 42 of the 44 soil vapor samples collected, with concentrations ranging up to 77 µg/L.  A majority of the detections exhibited Freon 11 at concentrations below 10 µg/L.  Historically, Freon 11 was a known refrigerant and cleaning compound.

A summary of soil vapor data is provided in **Table IX**.  Concentrations of PCE in soil vapor and isoconcentration contours are presented on **Figure 11** (5 ft-bgs), **Figure 12** (15 ft-bgs), **Figure 13** (25 ft-bgs), and **Figure 14** (35 ft-bgs).  Laboratory reports are included in **Appendix C**.

## 4.4     Indoor and Ambient Air Data

A total of six indoor air and three ambient air samples were collected for analysis of VOCs.  PCE was detected in all of the indoor and ambient air samples, with concentrations up to 18 µg/m$^3$ in indoor air and up to 0.40 µg/m$^3$ in ambient air.  The highest concentrations of PCE detected were identified in the indoor air samples collected from locations IA-101 (18 µg/m$^3$), IA-202 (16 µg/m$^3$), and IA-105 (14 µg/m$^3$).

The following constituents were detected in indoor air, though not in soil vapor: trans-1,2-dichloroethene, 1,2-dichloroethane, methylene chloride, styrene, chloromethane, bromomethane, acetone, methyl ethyl ketone, carbon disulfide, 4-methyl-2-pentanone, 4-ethyltoluene, 1,3,5-trimethylbenzene, 1,4-dichlorobenzene, 1,2,4-trichlorobenzene, Freon 12, and Freon 113.  It is uncertain which VOCs are the result of cigarette smoke observed within the interior of the Site building or regional air pollution versus intrusion of soil vapor from beneath the Site building, though a majority of the aforementioned constituents have been clearly identified in cigarette smoke (Rodgman and Perfetti, 2009), in addition to several other VOCs detected in indoor air (BTEX compounds, chloroform, 1,2,4-trimethylbenzene, carbon tetrachloride, and Freon 11) for which the detected concentrations may fail to correlate with the magnitude of concentrations detected in soil vapor.  Historically, Freon 11 was also a known refrigerant and cleaning compound.

A summary of indoor and ambient air data is provided in **Table X**; concentrations of PCE in indoor and ambient air are presented on **Figure 15**.  Laboratory reports are included in **Appendix C**.

## 5.0    EVALUATION AND DISCUSSION

### 5.1    Soil

The maximum concentration detected in the vadose zone was 190 µg/kg.  Higher concentrations were identified in soil below the water table (i.e., in the saturated zone) beneath the central to southeastern portions of the Site.  In addition, PCE was also identified in both shallow and saturated soils collected from presumed up- and cross-gradient locations (north and east of the Site), potentially indicating an additional source or sources in the vicinity of the Site.

Soil samples subjected to additional analyses (metals, SVOCs, PCBs, and TPH) did not indicate subsurface impacts related to those compounds.

### 5.2    Groundwater

The groundwater data is consistent with a PCE release from the Site that has caused or contributed to a dissolved-phase plume, possibly moving to the south.  So-called "daughter products" of PCE include TCE and cis-1,2-DCE, which represent chemicals formed by the natural degradation of PCE in stages that are present in very low relative concentrations in groundwater samples from the study area.  This observation may indicate that natural degradation mechanisms in the groundwater study area are very weak.

As noted, we presume from the work done by nearby cleanup site parties that groundwater generally flows in a southerly direction.

Importantly, elevated concentrations of PCE and TCE were also identified in groundwater collected from presumed up- and cross-gradient locations (north and east of the Site), potentially indicating an additional source or sources in the vicinity of the Site.

### 5.3    Soil Vapor

The passive soil vapor study identified two main areas below the building slab that exhibit the highest relative concentrations of PCE.  The "hot spot" to the west correlates with the location of the former AST.  To the south/central area of the warehouse, the other hot spot does not necessarily correlate with any known operation or activity, but could indicate a second unrelated release.

The active soil vapor data for PCE concentrations was surprisingly uniform beneath the study area, both laterally and vertically.  We attribute this observation to the fact that PCE exhibits a very high vapor pressure and, given low source concentrations and low-permeability soil in the

vadose zone, dispersion becomes the dominant mechanism for contaminant transport, as opposed to advection.  Over time, a vapor plume builds up uniformly below a building slab, despite the lack of any significant mass of PCE.

Another observation noted was that active soil vapor data identified the highest concentrations of PCE in soil vapor collected from 25 and 35 ft-bgs, potentially indicating a separate driver of soil vapor concentrations in the form of a dissolved-phase plume off-gassing upwards.

## 5.4     Indoor Air

The table provided in **Appendix D** summarizes the analytes detected in the three subsurface media tested (i.e., soil, soil vapor, and groundwater).  Analytes detected at an average frequency exceeding 5% across these media were retained as chemicals of concern (COCs) for which risk values have been quantified (USEPA, 1989), as further discussed below.  COCs identified by the aforementioned method include the following:   PCE, TCE, cis-1,2-DCE, chloroform,   toluene,   ethylbenzene,   m,p-xylenes,   o-xylene,   and   Freon   11 (trichlorofluoromethane).  The sample-specific risk values associated with the indoor and ambient air samples are based on the most-recent commercial/industrial air screening levels (SLs) published by DTSC (January 2016 Hero Note 3; 2016).  In instances where a HERO Note 3 value is not established, the November 2015 USEPA Regional Screening Levels (RSLs) were used.

Consistent with DTSC guidance (2015b), cancer risks were evaluated separately from non-cancer health effects.   The evaluation was accomplished by using the measured air concentrations and the SLs to calculate sample-specific hazard index (HI) and incremental lifetime cancer risk (ILCR) values ($HI_{sample}$ values and $ILCR_{sample}$ values) consistent with the ratio approach presented in DTSC guidance (2011).   The sample-specific approach is generally recognized as being conservative in that it assumes the receptor (who is assumed to be a default commercial/industrial worker receptor as inferred above) is exposed to an individual sample as opposed to an average concentration over an exposure area.  Equations and terms used in the calculations are presented below.

$$HI_{sample} = RHQ \times \left( \frac{C_{COC_1}}{SL_{NC,COC_1}} + \frac{C_{COC_2}}{SL_{NC,COC_2}} + ... + \frac{C_{COC_n}}{SL_{NC,COC_n}} \right) \qquad \{\text{Eq. 1}\}$$

$$ILCR_{sample} = RR \times \left( \frac{C_{COC_1}}{SL_{C,COC_1}} + \frac{C_{COC_2}}{SL_{C,COC_2}} + ... + \frac{C_{COC_n}}{SL_{C,COC_n}} \right) \qquad \{\text{Eq. 2}\}$$

where:

$HI_{sample}$ = sample-specific hazard index (dimensionless)

RHQ = reference hazard quotient (1.0; dimensionless)[1]

$ILCR_{sample}$ = sample-specific incremental lifetime cancer risk (dimensionless)

RR = reference incremental lifetime cancer risk (1E-06; dimensionless)

$C_{COC1}$ = sample-specific concentration for first of "n" COCs ($\mu g/m^3$)

$C_{COC2}$ = sample-specific concentration for second of "n" COCs ($\mu g/m^3$)

$C_{COCn}$ = sample-specific concentration for last of "n" COCs ($\mu g/m^3$)

$SL_{NC,COC1}$ = SL for non-cancer endpoint for first of "n" COCs ($\mu g/m^3$)

$SL_{NC,COC2}$ = SL for non-cancer endpoint for second of "n" COCs ($\mu g/m^3$)

$SL_{NC,COCn}$ = SL for non-cancer endpoint for last of "n" COCs ($\mu g/m^3$)

$SL_{C,COC1}$ = SL for cancer endpoint for first of "n" COCs ($\mu g/m^3$)

$SL_{C,COC2}$ = SL for cancer endpoint for second of "n" COCs ($\mu g/m^3$)

$SL_{C,COCn}$ = SL for cancer endpoint for last of "n" COCs ($\mu g/m^3$)

The calculated sample-specific HI and ILCR values are provided below.

| Sample | HI (-) | ILCR (-) |
|--------|--------|----------|
| IA-101 | 2E-01 | 1E-05 |
| IA-102 | 2E-01 | 9E-06 |
| IA-103 | 8E-02 | 4E-06 |
| IA-104 | 4E-02 | 1E-06 |
| IA-105 | 1E-01 | 8E-06 |
| IA-106 | 9E-02 | 4E-06 |
| AA-101 | 5E-02 | 8E-07 |
| AA-102 | 5E-02 | 6E-07 |
| AA-103 | 5E-02 | 8E-07 |

The COC contributing most-significantly to the risk values is PCE.  A contingency plan based on DTSC guidance (2011) is provided below to put these risk values in perspective.

---

[1] The ratios in the parenthetical term of Eq. 1 are referred to as the hazard quotient.

| HI / ILCR | Risk Management Decision | Activities |
|---|---|---|
| HI ≤ 1E+00<br>ILCR < 1E-06 | No further action | • None |
| HI > 1E+00<br>1E-06 < ILCR < 1E-04 | Evaluate Need for Action | Possible Actions:<br>• Additional Data Collection<br>• Monitoring<br>• Additional Risk Characterization<br>• Mitigation<br>• Source Remediation |
| ILCR > 1E-04 | Response Action Needed | • Vapor Intrusion Mitigation<br>• Source Remediation |

None of the sample-specific HI values exceed the risk management target level of 1.0; further, none of the sample-specific ILCR values exceed the commonly-applied commercial/industrial risk management level of 1E-05.  Based on these results, further action to evaluate the potential human health impacts may not be warranted, although DTSC may recommend additional sampling to confirm these findings.

## 6.0     SUMMARY AND RECOMMENDATIONS

### 6.1     Summary

The analytical data indicate that PCE is the primary constituent of concern at the Site, with a likely source of PCE beneath the Site building and additional sources possibly in soil vapor and groundwater to the north and/or the east.   The heterogeneous horizontal and vertical distribution of PCE identified in soil beneath the Site, and the magnitude of PCE detected in soil vapor and groundwater, indicate relatively low concentrations of PCE.  In addition, data from shallow and saturated soils, as well as groundwater, potentially indicate an additional source or sources to the north and/or east of the Site.

None of the sample-specific HI values exceed the risk management target level of 1.0; further, none of the sample-specific ILCR values exceed the commonly-applied commercial/industrial risk management level of 1E-05.   Based on these results, further action to evaluate the potential human health impacts may not be warranted, although DTSC may recommend additional sampling to confirm these findings.

Sampling to evaluate other potential contaminants of concern was included in this Site investigation, but did not yield detections of any significance.  Results from metals analyses indicate that Site soils exhibit typical concentrations that could be considered background for soil in the Los Angeles area.

### 6.2     Recommendations

To assist in further delineation and characterization of the extent of VOC impacts in groundwater within the area of study, Murex has proposed to install nine groundwater monitoring wells (MW-1 through MW-9) comprised of six single-completion wells and two dual-nested wells, as presented in the *Technical Memorandum – Proposed Monitoring Well Installation* submitted to DTSC on January 13, 2016.

The results of the groundwater study may indicate findings related to potential off-Site sources of VOCs.

## 7.0    CLOSING

I certify under penalty of law that this document and all enclosures were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  The information contained herein is, to the best of my knowledge and belief, true, accurate and complete, however, is reliant upon public agency records and reports prepared by others, which could be incomplete or inaccurate beyond our control.

Should you have any questions or concerns regarding the material herein, please do not hesitate to contact the undersigned at (714) 508-0800.

Sincerely,
MUREX ENVIRONMENTAL, INC.

Jeremy R. Squire, PE
Senior Engineer

## 8.0    REFERENCES

1. Andersen Environmental (Andersen). 2015. *Phase I Environmental Site Assessment Report, 132 West 132nd Street, Los Angeles, California 90061*. March 16.

2. Aqua Science Engineers, Inc. (ASE). 2005. Subsurface Environmental Investigation of Soil for Wastewater Clarifier Closure, 132 West 132nd Street, Unincorporated Los Angeles County, California 90061. April 13.

3. A/E West Consultants, Inc. (A/E West). 2005. *Phase I Environmental Site Assessment Report, Fleischer Customs Building, 132 West 132nd Street, Los Angeles, California 90061*. April 1.

4. California Department of Water Resources (DWR). Bulletin No. 104. June 1961. *Planned Utilization of the Ground Water Basins of the Coastal Plain of Los Angeles County, Appendix A – Groundwater Geology*.

5. Department of Toxic Substances Control (DTSC). 2005. *Final Report – Background Metals at Los Angeles Unified School Sites – Arsenic*. June 6.

6. Department of Toxic Substances Control (DTSC). 2008. *Determination of a Southern California Regional Background Arsenic Concentration in Soil*. March.

7. Department of Toxic Substances Control (DTSC). 2011. *Final – Guidance of the Evaluation and Mitigation of Subsurface Vapor Intrusion to Indoor Air (Vapor Intrusion Guidance)*. October.

8. Department of Toxic Substances Control (DTSC). 2015a. *Advisory – Active Soil Gas Investigations*. July.

9. Department of Toxic Substances Control (DTSC). 2015b. *Preliminary Endangerment Assessment Guidance Manual*. October (revised).

10. Department of Toxic Substances Control (DTSC). 2016. *Human Health Risk Assessment (HHRA) Note Number 3 – DTSC-Modified Screening Levels (DTSC-SLs)*. Human and Ecological Risk Office (HERO). January.

11. EEC Environmental (EEC). 2015. *Limited Subsurface Investigation and Indoor Air Sampling, 132 West 132nd Street, Los Angeles, California*. April 17.

12. JMK Environmental Solutions, Inc. (JMK). 2003. *Phase I Environmental Site Assessment Report, Industrial Warehouse, 132 West 132nd Street, Gardena, California 90061*. April 8.

13. Murex Environmental, Inc. (Murex). 2016. *Technical Memorandum, Proposed Monitoring Well Installation, Former Pacifica Chemical Site, 132 West 132nd Street, Los Angeles, California*. January 13.

14. Rodgman, A. and Perfetti, T. A. (Rodgman and Perfetti). 2009. *The Chemical Components of Tobacco and Tobacco Smoke*. Boca Raton, Florida: CRC Press, Taylor & Francis Group.

15. United States Environmental Protection Agency (USEPA). 1989. Risk Assessment Guidance for Superfund (RAGS), Volume I, Human Health Evaluation Manual (Part A), Interim Final. Office of Emergency and Remedial Response. December.

16. WorleyParsons. 2010. *Conceptual Site Model Report, Former Alcoa/TRE Weslock Facility, 13344 South Main Street, Los Angeles, California*. December 21.

17. WorleyParsons. 2015. *Fall 2014 Groundwater Monitoring and Site Remediation Progress Report, Former Alcoa/TRE Weslock Facility, 13344 South Main Street, Los Angeles, California*. January 12.

Table I

**Summary of Passive Soil Vapor Analytical Data**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Sample ID | Sample Emplacement Date | Sample Retrieval Date | PCE (ng) | TCE (ng) | cis-1,2-DCE (ng) | trans-1,2-DCE (ng) | 1,1-DCE (ng) | 1,1,1-TCA (ng) | 1,1,1,2-PCA (ng) | 1,4-Dioxane (ng) | Chloroform (ng) | Carbon Tet (ng) | B (ng) | T (ng) | E (ng) | m/p-X (ng) | o-X (ng) | 1,2,4-TMB (ng) | 1,3,5-TMB (ng) | NAP (ng) | IPB (ng) | 1,2,3-TCB (ng) | 1,2,4-TCB (ng) | 2-MethylNAP (ng) | F-11 (ng) | TPHg (ng) | TPHd (ng) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-01 | 11/23/2015 | 12/8/2015 | 21,934 | 40 | ND<10 | ND<10 | 21 | 170 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 47 | ND<25 | ND<25 | 58 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 86 | ND<5,000 | ND<5,000 |
| P-02 | 11/23/2015 | 12/8/2015 | 7,770 | 42 | ND<10 | ND<10 | 5 J | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 47 | ND<25 | 38 | 66 | 412 | 119 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 107 | ND<5,000 | ND<5,000 |
| P-03 | 11/23/2015 | 12/8/2015 | 28,253 | 160 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 98 | 172 | 542 | 160 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 43 | ND<5,000 | 5,473 |
| P-04 | 11/23/2015 | 12/8/2015 | 11,908 | 208 | 13 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 477 | 41 | 192 | 296 | 926 | 276 | ND<25 | 27 | ND<25 | ND<25 | ND<25 | 110 | ND<5,000 | 6,372 |
| P-05 | 11/23/2015 | 12/8/2015 | 22,429 | 408 | 27 | ND<10 | ND<10 | ND<25 | ND<25 | 25 | ND<25 | ND<25 | ND<25 | 958 | 157 | 876 | 1,374 | 2,779 | 733 | ND<25 | 79 | ND<25 | ND<25 | ND<25 | 247 | ND<5,000 | 16,206 |
| P-06 | 11/23/2015 | 12/8/2015 | 10,916 | 134 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 415 | 28 | 131 | 227 | 1,098 | 304 | ND<25 | 25 | ND<25 | ND<25 | ND<25 | 83 | ND<5,000 | 7,643 |
| P-07 | 11/23/2015 | 12/8/2015 | 29,518 | 207 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,943 | 120 | 468 | 815 | 1,950 | 599 | ND<25 | 51 | ND<25 | ND<25 | ND<25 | 542 | 21,195 | 13,567 |
| P-08 | 11/23/2015 | 12/8/2015 | 38,805 | 520 | 38 | ND<10 | 8 J | 100 | 25 | 28 | ND<25 | ND<25 | ND<25 | 35 | 61 | 211 | 64 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 697 | ND<5,000 | ND<5,000 |
| P-09 | 11/24/2015 | 12/8/2015 | 63,542 | 1,433 | 48 | ND<10 | 6 J | 123 | 155 | 33 | 78 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 549 | ND<5,000 | 5,808 |
| P-10 | 11/23/2015 | 12/8/2015 | 206,297 | 12,856 | 265 | 34 | 19 | 28 | 678 | ND<25 | 218 | ND<25 | ND<25 | 66 | 30 | 92 | 188 | 92 | 116 | 599 | ND<25 | 1,660 | 3,464 | 4,014 | ND<25 | ND<5,000 | 282,355 |
| P-11 | 11/23/2015 | 12/8/2015 | 82,508 | 2,107 | 154 | 16 | ND<10 | 61 | 118 | 31 | 48 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 38 | ND<25 | 55 | 39 | 487 | 55 | 39 | 62 | 55 | ND<5,000 | 28,179 |
| P-12 | 11/23/2015 | 12/8/2015 | 50,411 | 206 | 9 J | ND<10 | ND<10 | 25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 38 | 137 | 39 | ND<25 | 55 | 39 | ND<25 | ND<25 | ND<25 | ND<25 | 62 | 243 | ND<5,000 | 7,982 |
| P-13 | 11/23/2015 | 12/8/2015 | 23,394 | 104 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | 85 | ND<25 | ND<25 | ND<25 | 38 | 882 | 238 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 429 | ND<5,000 | 11,067 |
| P-14 | 11/24/2015 | 12/8/2015 | 60,946 | 1,494 | 178 | ND<10 | 20 | ND<25 | 427 | ND<25 | 67 | ND<25 | ND<25 | 68 | ND<25 | 64 | 186 | 653 | 210 | ND<25 | ND<25 | ND<25 | ND<25 | 49 | 76 | ND<5,000 | 8,932 |
| P-15 | 11/24/2015 | 12/8/2015 | 67,548 | 2,505 | 207 | 7 J | 25 | 40 | 444 | ND<25 | 118 | 34 | ND<25 | ND<25 | ND<25 | 26 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 980 | ND<5,000 | ND<5,000 |
| P-16 | 11/23/2015 | 12/8/2015 | 57,807 | 1,447 | 55 | ND<10 | 9 J | ND<25 | 249 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,330 | ND<25 | 526 | 1,352 | 9,611 | 62 | ND<25 | 62 | ND<5,000 | 185,502 |
| P-17 | 11/23/2015 | 12/8/2015 | 78,031 | 1,812 | 17 | ND<10 | 22 | ND<25 | 283 | ND<25 | ND<25 | ND<25 | ND<25 | 34 | ND<25 | 46 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 474 | 56 | ND<5,000 | 16,375 |
| P-18 | 11/23/2015 | 12/8/2015 | 35,728 | 28 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,436 | 307 | 1,753 | 4,186 | 4,021 | 1,628 | ND<25 | 124 | ND<25 | ND<25 | ND<25 | 92 | 62 | 39,990 | 29,763 |
| P-19 | 11/23/2015 | 12/8/2015 | 42,094 | 201 | ND<10 | ND<10 | ND<10 | ND<25 | 36 | ND<25 | ND<25 | ND<25 | ND<25 | 30 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 34 | 50 | ND<5,000 | ND<5,000 |
| P-20 | 11/23/2015 | 12/8/2015 | 41,140 | 287 | ND<10 | ND<10 | ND<10 | ND<25 | 28 | ND<25 | 28 | ND<25 | ND<25 | 65 | 138 | 2,031 | 467 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 25 | 1,267 | ND<5,000 | 13,744 |
| P-21 | 11/23/2015 | 12/8/2015 | 33,904 | 173 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 182 | 44 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 315 | ND<5,000 | ND<5,000 |
| P-22 | 11/23/2015 | 12/8/2015 | 32,032 | 73 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 79 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 194 | ND<5,000 | ND<5,000 |
| P-23 | 11/23/2015 | 12/8/2015 | 38,609 | 90 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 32 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,102 | ND<5,000 | ND<5,000 |
| P-24 | 11/23/2015 | 12/8/2015 | 46,821 | 61 | ND<10 | ND<10 | ND<10 | ND<25 | 46 | 36 | ND<25 | ND<25 | ND<25 | 29 | ND<25 | 45 | 316 | 93 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 41 | ND<5,000 | 5,945 |
| P-25 | 11/23/2015 | 12/8/2015 | 38,764 | 111 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 811 | ND<5,000 | ND<5,000 |
| P-26 | 11/23/2015 | 12/8/2015 | 43,850 | 384 | 78 | ND<10 | 25 | ND<25 | 270 | ND<25 | 58 | ND<25 | ND<25 | 26 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 176 | ND<5,000 | ND<5,000 |
| P-27 | 11/24/2015 | 12/8/2015 | 51,658 | 400 | ND<10 | ND<10 | 26 | ND<25 | 212 | ND<25 | 122 | ND<25 | ND<25 | 74 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,720 | ND<5,000 | ND<5,000 |
| P-28 | 11/24/2015 | 12/8/2015 | 66,915 | 503 | 71 | 5 J | 92 | ND<25 | 554 | ND<25 | 95 | ND<25 | ND<25 | 49 | ND<25 | 65 | 124 | 1,315 | 537 | ND<25 | 30 | ND<25 | ND<25 | ND<25 | 95 | ND<5,000 | 8,401 |
| P-29 | 11/24/2015 | 12/8/2015 | 49,324 | 1,172 | 152 | 5 J | 40 | ND<25 | 315 | ND<25 | 76 | ND<25 | ND<25 | 43 | ND<25 | 25 | 107 | 33 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 196 | 451 | ND<5,000 | 14,621 |
| P-30 | 11/24/2015 | 12/8/2015 | 61,439 | 688 | 6 J | ND<10 | 48 | ND<25 | 334 | ND<25 | ND<25 | ND<25 | ND<25 | 44 | ND<25 | 44 | 151 | 50 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 81 | ND<5,000 | ND<5,000 |
| P-31 | 11/23/2015 | 12/8/2015 | 79,822 | 2,543 | 37 | ND<10 | 139 | ND<25 | 373 | ND<25 | 98 | ND<25 | ND<25 | 26 | ND<25 | ND<25 | 48 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 594 | ND<5,000 | ND<5,000 |
| P-32 | 11/23/2015 | 12/8/2015 | 54,255 | 1,125 | 150 | ND<10 | 33 | ND<25 | 134 | ND<25 | 83 | ND<25 | ND<25 | 44 | ND<25 | 48 | 87 | 36 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 1,757 | ND<5,000 | 6,136 |
| P-33 | 11/23/2015 | 12/8/2015 | 90,037 | 1,831 | 6 J | ND<10 | 23 | ND<25 | 471 | ND<25 | 65 | ND<25 | ND<25 | 44 | ND<25 | 48 | 87 | 36 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 76 | ND<5,000 | ND<5,000 |
| P-34 | 11/23/2015 | 12/8/2015 | 112,178 | 2,690 | ND<10 | ND<10 | 31 | ND<25 | 297 | ND<25 | ND<25 | ND<25 | ND<25 | 80 | ND<25 | ND<25 | ND<25 | 94 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 40 | ND<5,000 | ND<5,000 |
| P-35 | 11/23/2015 | 12/8/2015 | 84,338 | 641 | ND<10 | ND<10 | 11 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 33 | ND<25 | ND<25 | ND<25 | 94 | ND<25 | 47 | ND<25 | ND<25 | ND<25 | 40 | 58 | ND<5,000 | 9,110 |
| P-36 | 11/23/2015 | 12/8/2015 | 486 | 40 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | 45 | ND<25 | ND<25 | ND<25 | 151 | ND<25 | 78 | 145 | 701 | 250 | 67 | ND<25 | ND<25 | ND<25 | ND<25 | 39 | 7,349 | 9,741 |
| P-37 | 11/24/2015 | 12/8/2015 | 36,263 | 167 | ND<10 | ND<10 | 6 J | ND<25 | 27 | ND<25 | 27 | ND<25 | ND<25 | 27 | ND<25 | ND<25 | 91 | 27 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 718 | ND<5,000 | ND<5,000 |
| P-38 | 11/23/2015 | 12/8/2015 | 38,527 | 152 | ND<10 | ND<10 | 6 J | ND<25 | 40 | ND<25 | 27 | ND<25 | ND<25 | 89 | 28 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 383 | ND<5,000 | ND<5,000 |
| P-39 | 11/23/2015 | 12/8/2015 | 62,265 | 297 | ND<10 | ND<10 | 13 | ND<25 | 147 | ND<25 | ND<25 | ND<25 | ND<25 | 50 | ND<25 | 45 | 164 | 52 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 282 | ND<5,000 | ND<5,000 |
| P-40 | 11/24/2015 | 12/8/2015 | 95,386 | 266 | ND<10 | ND<10 | ND<10 | ND<25 | 212 | ND<25 | ND<25 | ND<25 | ND<25 | 61 | ND<25 | ND<25 | 30 | 72 | 26 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 742 | ND<5,000 | ND<5,000 |

Table I

Summary of Passive Soil Vapor Analytical Data

Former Pacifica Chemical Site

Los Angeles, California

| Sample ID | Sample Emplacement Date | Sample Retrieval Date | PCE (ng) | TCE (ng) | cis-1,2-DCE (ng) | trans-1,2-DCE (ng) | 1,1-DCE (ng) | 1,1,1-TCA (ng) | 1,1,1,2-PCA (ng) | 1,4-Dioxane (ng) | Chloroform (ng) | Carbon Tet (ng) | B (ng) | T (ng) | E (ng) | m/p-X (ng) | o-X (ng) | 1,2,4-TMB (ng) | 1,3,5-TMB (ng) | NAP (ng) | IPB (ng) | 1,2,3-TCB (ng) | 1,2,4-TCB (ng) | 2-MethylNAP (ng) | F-11 (ng) | TPHg (ng) | TPHd (ng) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-41 | 11/24/2015 | 12/8/2015 | 516 | ND<10 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | 26 | ND<25 | ND<25 | ND<25 | 4,911 | 399 | 1,385 | 3,562 | 1,950 | 1,848 | ND<25 | 1,160 | ND<25 | ND<25 | ND<25 | ND<25 | 158,576 | 74,959 |
| P-42 | 11/24/2015 | 12/8/2015 | 3,215 | 8 J | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 49 | ND<25 | 33 | 79 | 26 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 180 | ND<5,000 | ND<5,000 |
| P-43 | 11/24/2015 | 12/8/2015 | 35,282 | 50 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 29 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 122 | ND<5,000 | ND<5,000 |
| P-44 | 11/24/2015 | 12/8/2015 | 35,168 | 3,546 | 71 | 22 | 29 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 167 | ND<5,000 | ND<5,000 |
| P-45 | 11/24/2015 | 12/8/2015 | 29,817 | 59 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 51 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 917 | ND<5,000 | ND<5,000 |
| P-46 | 11/24/2015 | 12/8/2015 | 23,243 | 54 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 137 | 26 | 131 | 242 | 673 | 205 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 718 | ND<5,000 | 9,940 |
| P-47 | 11/24/2015 | 12/8/2015 | 18,532 | 23 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 808 | 58 | 206 | 417 | 833 | 295 | ND<25 | 25 | ND<25 | ND<25 | ND<25 | ND<25 | 243 | 12,265 | 9,587 |
| P-48 | 11/24/2015 | 12/8/2015 | 20,398 | 52 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 561 | 64 | 258 | 538 | 1,373 | 460 | ND<25 | 32 | ND<25 | ND<25 | ND<25 | ND<25 | 491 | 10,232 | 12,450 |
| P-49 | 11/24/2015 | 12/8/2015 | 25,896 | 382 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 571 | 49 | 200 | 377 | 848 | 276 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | ND<25 | 341 | 8,029 | 8,214 |
| P-50 | 11/24/2015 | 12/8/2015 | 40,645 | 648 | ND<10 | ND<10 | ND<10 | ND<25 | ND<25 | ND<25 | ND<25 | 35 | 9,128 | 741 | 3,184 | 7,486 | 2,060 | 1,208 | ND<25 | 201 | ND<25 | ND<25 | ND<25 | 29 | 129,361 | 24,653 |

Notes:

| | |
|---|---|
| PCE | tetrachloroethene |
| TCE | trichloroethene |
| cis-1,2-DCE | cis-1,2-dichloroethene |
| trans-1,2-DCE | trans-1,2-dichloroethene |
| 1,1-DCE | 1,1-dichloroethene |
| 1,1,1-PCA | 1,1,1-tetrachloroethane |
| Carbon Tet | carbon tetrachloride |
| B | benzene |
| T | toluene |
| E | ethylbenzene |
| m/p-X | m/p-xylenes |
| o-X | o-xylene |
| 1,2,4-TMB | 1,2,4-trimethylbenzene |
| 1,3,5-TMB | 1,3,5-trimethylbenzene |
| NAP | naphthalene |
| IPB | isopropylbenzene |
| 1,2,3-TCB | 1,2,3-trichlorobenzene |
| 1,2,4-TCB | 1,2,4-trichlorobenzene |
| 2-MethylNAP | 2-methylnaphthalene |
| F-11 | Freon 11; trichlorofluoromethane |
| TPHg | total petroleum hydrocarbons as gasoline-range organics (C4-C9) |
| TPHd | total petroleum hydrocarbons as diesel-range organics (C10-C15) |
| ng | nanograms |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-1 | 10 | 12/2/2015 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 |
| B-1 | 20 | 12/2/2015 | 32 | ND<7.4 | ND<7.4 | ND<7.4 | ND<7.4 | ND<7.4 | ND<7.4 | ND<7.4 | ND<7.4 |
| B-1 | 30 | 12/2/2015 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 | ND<6.9 |
| B-1 | 40 | 12/2/2015 | 12 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 |
| B-1 | 50 | 12/2/2015 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 | ND<5.6 |
| | | | | | | | | | | | |
| B-2 | 10 | 12/2/2015 | 21 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 |
| B-2 | 20 | 12/2/2015 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 | ND<7.7 |
| B-2 | 30 | 12/2/2015 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 |
| B-2 | 40 | 12/2/2015 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 | ND<6.0 |
| B-2 | 50 | 12/2/2015 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 |
| | | | | | | | | | | | |
| B-3 | 10 | 11/30/2015 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-3 | 20 | 11/30/2015 | 9.4 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 |
| B-3 | 30 | 11/30/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-3 | 40 | 11/30/2015 | 58 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-3 | 50 | 11/30/2015 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 |
| | | | | | | | | | | | |
| B-4 | 10 | 12/1/2015 | 32 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 |
| B-4 | 20 | 12/1/2015 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-4 | 30 | 12/1/2015 | 37 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-4 | 40 | 12/1/2015 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 | ND<8.1 |
| B-4 | 50 | 12/1/2015 | 69 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 |
| | | | | | | | | | | | |
| B-5 | 10 | 12/1/2015 | 30 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-5 | 20 | 12/1/2015 | 7.2 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-5 | 30 | 12/1/2015 | 52 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-5 | 40 | 12/1/2015 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 | ND<6.7 |
| B-5 | 50 | 12/1/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-6 | 10 | 12/3/2015 | 26 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-6 | 20 | 12/3/2015 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 | ND<7.1 |
| B-6 | 30 | 12/3/2015 | 7.5 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-6 | 40 | 12/3/2015 | 190 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-6 | 50 | 12/3/2015 | 120 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-7 | 10 | 12/3/2015 | 12 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-7 | 20 | 12/3/2015 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 |
| B-7 | 30 | 12/3/2015 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 |
| B-7 | 40 | 12/3/2015 | 11 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 |

Table II

Summary of Soil Analytical Data - VOCs

Former Pacifica Chemical Site

Los Angeles, California

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-7 | 50 | 12/3/2015 | 76 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 |
| B-7 | 55 | 12/3/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-8 | 10 | 12/4/2015 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 |
| B-8 | 20 | 12/4/2015 | 6.2 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-8 | 30 | 12/4/2015 | 21 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-8 | 40 | 12/4/2015 | 13 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 |
| B-8 | 50 | 12/4/2015 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 |
| | | | | | | | | | | | |
| B-9 | 2 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-9 | 5 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-9 | 10 | 12/4/2015 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 |
| B-9 | 20 | 12/4/2015 | 12 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 | ND<4.2 |
| B-9 | 30 | 12/4/2015 | 47 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-9 | 40 | 12/4/2015 | 27 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-9 | 50 | 12/4/2015 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 | ND<4.1 |
| | | | | | | | | | | | |
| B-10 | 2.5 | 12/4/2015 | 21 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-10 | 5 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DTSC-SL[1] / RSL[2]: | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-10 | 10 | 12/4/2015 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 | ND<7.5 |
| B-10 | 20 | 12/4/2015 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-10 | 30 | 12/4/2015 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 | ND<7.2 |
| B-10 | 40 | 12/4/2015 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 |
| B-10 | 50 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-11 | 2 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-11 | 5 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-11 | 9 | 12/4/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-11 | 10 | 12/4/2015 | 5.1 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-11 | 20 | 12/4/2015 | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR |
| B-11 | 30 | 12/4/2015 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 | ND<9.0 |
| B-11 | 40 | 12/4/2015 | 12 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 |
| B-11 | 50 | 12/4/2015 | 130 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 |
| B-11 | 55 | 12/4/2015 | 35 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-12 | 10 | 12/3/2015 | 85 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 | ND<5.9 |
| B-12 | 20 | 12/3/2015 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 | ND<7.6 |
| B-12 | 30 | 12/3/2015 | 27 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-12 | 40 | 12/3/2015 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 | ND<6.8 |
| B-12 | 50 | 12/3/2015 | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR | NS/NR |
| | | | | | | | | | | | |
| B-13 | 2 | 12/8/2015 | 48 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-13 | 5 | 12/8/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-13 | 10 | 12/8/2015 | 7.6 | ND<6.3 | ND<6.3 | ND<6.3 | ND<6.3 | ND<6.3 | ND<6.3 | ND<6.3 | ND<6.3 |
| B-13 | 20 | 12/8/2015 | 17 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 | ND<5.8 |
| B-13 | 30 | 12/8/2015 | 33 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-13 | 40 | 12/8/2015 | 12 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-13 | 50 | 12/8/2015 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 |
| | | | | | | | | | | | |
| B-14 | 2 | 12/8/2015 | 31 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-14 | 5 | 12/8/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-14 | 10 | 12/8/2015 | 4.6 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 |
| B-14 | 20 | 12/8/2015 | 43 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-14 | 30 | 12/8/2015 | 82 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 | ND<4.3 |
| B-14 | 40 | 12/8/2015 | 12 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-14 | 50 | 12/8/2015 | 380 | 8.7 | ND<4.4 | ND<4.4 | ND<4.4 | ND<4.4 | ND<4.4 | ND<4.4 | ND<4.4 |
| B-14 | 55 | 12/8/2015 | 140 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | 9.5 | 44 | ND<5.0 |
| | | | | | | | | | | | |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-15 | 2 | 12/7/2015 | 19 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-15 | 5 | 12/7/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-15 | 10 | 12/7/2015 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 | ND<9.2 |
| B-15 | 20 | 12/7/2015 | 9.2 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 | ND<6.5 |
| B-15 | 30 | 12/7/2015 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 | ND<6.2 |
| B-15 | 40 | 12/7/2015 | ND<11 | ND<11 | ND<11 | ND<11 | ND<11 | ND<11 | ND<11 | ND<11 | ND<11 |
| B-15 | 50 | 12/7/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-16 | 5 | 12/7/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-16 | 10 | 12/7/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-17 | 2 | 12/9/2015 | 6.2 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-17 | 5 | 12/9/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-17 | 9 | 12/9/2015 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 | ND<4.5 |
| B-17 | 10 | 12/9/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-17 | 15 | 12/9/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| | | | | | | | | | | | |
| B-18 | 2 | 12/9/2015 | 11 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 | ND<6.1 |
| B-18 | 5 | 12/9/2015 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 | ND<6.6 |
| B-18 | 9 | 12/9/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |

**Table II**

**Summary of Soil Analytical Data - VOCs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCE (µg/kg) | TCE (µg/kg) | cis-1,2-DCE (µg/kg) | MC (µg/kg) | B (µg/kg) | T (µg/kg) | 1,2,4-TMB (µg/kg) | NAP (µg/kg) | F-11 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 2,700[1] | 6,000[2] | 86,000[1] | 24,000[1] | 1,400[1] | 5,400,000[1] | 240,000[2] | 17,000[2] | 5,400,000[1] |
| B-18 | 10 | 12/9/2015 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |
| B-18 | 15 | 12/9/2015 | 11 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 |

Notes:

| | |
|---|---|
| VOCs | volatile organic compounds |
| PCE | tetrachloroethene |
| TCE | trichloroethene |
| cis-1,2-DCE | cis-1,2-dichloroethene |
| 1,1-DCE | 1,1-dichloroethene |
| MC | methylene chloride |
| B | benzene |
| T | toluene |
| 1,2,4-TMB | 1,2,4-trimethylbenzene |
| NAP | naphthalene |
| F-11 | Freon 11; trichlorofluoromethane |
| ft-bgs | feet below ground surface |
| µg/kg | micrograms per kilogram |
| ND | not detected above laboratory reporting limit |
| NS/NR | not sampled / no recovery |
| [1] | DTSC-SL - DTSC-Modified Soil Screening Level for commercial/industrial soil, January 2016 |
| [2] | RSL - USEPA Regional Screening Level for industrial soil, November 2015 |

Table III

Summary of Soil Analytical Data - Metals

Former Pacifica Chemical Site

Los Angeles, California

| Boring ID | Sample Depth (ft-bgs) | Sample Date | Antimony (mg/kg) | Arsenic (mg/kg) | Barium (mg/kg) | Beryllium (mg/kg) | Cadmium (mg/kg) | Chromium (mg/kg) | Cobalt (mg/kg) | Copper (mg/kg) | Lead (mg/kg) | Mercury (mg/kg) | Molybdenum (mg/kg) | Nickel (mg/kg) | Selenium (mg/kg) | Silver (mg/kg) | Thallium (mg/kg) | Vanadium (mg/kg) | Zinc (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DTSC-SL[1] / RSL[2]: | 470[2] | 0.25[1] | 220,000[2] | 210[1] | 7.3[1] | NE | 350[2] | 47,000[2] | 320[1] | 4.5[1] | 5,800[2] | 3,100[1] | 5,800[2] | 1,500[1] | 12[1] | 5,800[2] | 350,000[2] |
| B-1 | 50 | 12/2/2015 | ND<0.014 | 1.3 | 120 | ND<0.002 | ND<0.001 | 14 | 11 | 30 | ND<0.010 | 0.059 | 11 | 23 | ND<0.022 | ND<0.005 | ND<0.017 | 23 | 15 |
| | | | | | | | | | | | | | | | | | | | |
| B-2 | 50 | 12/2/2015 | ND<0.014 | ND<0.008 | 130 | ND<0.002 | ND<0.001 | 14 | 12 | 23 | ND<0.010 | 0.061 | 2.8 | 18 | ND<0.022 | ND<0.005 | ND<0.017 | 25 | 16 |
| | | | | | | | | | | | | | | | | | | | |
| B-9 | 2 | 12/4/2015 | ND<0.014 | 1.3 | 110 | ND<0.002 | ND<0.001 | 12 | 9.1 | 23 | 15 | 0.058 | ND<0.002 | 13 | ND<0.022 | ND<0.005 | ND<0.017 | 26 | 13 |
| B-9 | 5 | 12/4/2015 | ND<0.014 | ND<0.008 | 63 | ND<0.002 | ND<0.001 | 7.8 | 4.8 | 9.2 | ND<0.010 | 0.027 | ND<0.002 | 6.3 | ND<0.022 | ND<0.005 | ND<0.017 | 18 | 8.7 |
| B-9 | 9 | 12/4/2015 | ND<0.014 | ND<0.008 | 72 | ND<0.002 | ND<0.001 | 8.4 | 6.0 | 9.3 | ND<0.010 | ND<0.027 | ND<0.002 | 9.0 | ND<0.022 | ND<0.005 | ND<0.017 | 22 | 9.6 |
| | | | | | | | | | | | | | | | | | | | |
| B-10 | 2.5 | 12/4/2015 | ND<0.014 | 3.0 | 140 | ND<0.002 | 1.3 | 12 | 11 | 21 | 19 | 0.054 | 3.0 | 14 | ND<0.022 | ND<0.005 | ND<0.017 | 23 | 13 |
| B-10 | 5 | 12/4/2015 | ND<0.014 | ND<0.008 | 140 | ND<0.002 | 1.6 | 13 | 9.9 | 18 | ND<0.010 | 0.055 | ND<0.002 | 12 | ND<0.022 | ND<0.005 | ND<0.017 | 36 | 14 |
| B-10 | 9 | 12/4/2015 | ND<0.014 | ND<0.008 | 110 | ND<0.002 | ND<0.001 | 8.9 | 8.7 | 12 | ND<0.010 | 0.038 | ND<0.002 | 9.7 | ND<0.022 | ND<0.005 | ND<0.017 | 29 | 10 |
| | | | | | | | | | | | | | | | | | | | |
| B-11 | 2 | 12/3/2015 | ND<0.014 | ND<0.008 | 120 | ND<0.002 | ND<0.001 | 12 | 10 | 16 | ND<0.010 | 0.052 | ND<0.002 | 13 | ND<0.022 | ND<0.005 | ND<0.017 | 27 | 13 |
| B-11 | 5 | 12/3/2015 | ND<0.014 | ND<0.008 | 120 | ND<0.002 | ND<0.001 | 12 | 12 | 15 | ND<0.010 | 0.040 | ND<0.002 | 12 | ND<0.022 | ND<0.005 | ND<0.017 | 27 | 14 |
| B-11 | 9 | 12/3/2015 | ND<0.014 | 2.7 | 220 | ND<0.002 | 2.6 | 12 | 12 | 18 | ND<0.010 | 0.030 | ND<0.002 | 16 | ND<0.022 | ND<0.005 | ND<0.017 | 35 | 14 |
| | | | | | | | | | | | | | | | | | | | |
| B-15 | 2 | 12/7/2015 | ND<0.014 | 2.6 | 180 | ND<0.002 | ND<0.001 | 15 | 8.3 | 15 | 11 | 0.050 | 3.2 | 15 | ND<0.022 | ND<0.005 | ND<0.017 | 27 | 17 |
| B-15 | 5 | 12/7/2015 | ND<0.014 | 2.1 | 240 | ND<0.002 | 1.3 | 13 | 15 | 27 | 9.0 | 0.067 | 3.2 | 22 | ND<0.022 | ND<0.005 | ND<0.017 | 47 | 16 |
| B-15 | 9 | 12/7/2015 | ND<0.014 | ND<0.008 | 130 | ND<0.002 | ND<0.001 | 10 | 8.6 | 10 | ND<0.010 | 0.043 | ND<0.002 | 10 | ND<0.022 | ND<0.005 | ND<0.017 | 30 | 12 |
| | | | | | | | | | | | | | | | | | | | |
| B-16 | 5 | 12/7/2015 | ND<0.014 | 0.76 | 130 | ND<0.002 | ND<0.001 | 13 | 11 | 19 | 8.6 | 0.081 | ND<0.002 | 12 | ND<0.022 | ND<0.005 | ND<0.017 | 36 | 15 |
| B-16 | 10 | 12/7/2015 | ND<0.014 | ND<0.008 | 87 | ND<0.002 | ND<0.001 | 7.5 | 5.8 | 8.1 | ND<0.010 | 0.061 | ND<0.002 | 6.2 | ND<0.022 | ND<0.005 | ND<0.017 | 20 | 8.3 |
| | | | | | | | | | | | | | | | | | | | |
| B-17 | 2 | 12/9/2015 | ND<0.014 | 0.45 | 100 | ND<0.002 | ND<0.001 | 11 | 9.4 | 15 | ND<0.010 | 0.052 | ND<0.002 | 11 | ND<0.022 | ND<0.005 | ND<0.017 | 27 | 12 |
| B-17 | 5 | 12/9/2015 | ND<0.014 | 1.9 | 88 | ND<0.002 | ND<0.001 | 8.0 | 6.1 | 8.1 | ND<0.010 | ND<0.027 | ND<0.002 | 7.3 | ND<0.022 | ND<0.005 | ND<0.017 | 21 | 8.6 |
| B-17 | 9 | 12/9/2015 | ND<0.014 | 1.2 | 95 | ND<0.002 | ND<0.001 | 10 | 8.3 | 10 | ND<0.010 | ND<0.027 | ND<0.002 | 12 | ND<0.022 | ND<0.005 | ND<0.017 | 28 | 11 |

**Table III**

**Summary of Soil Analytical Data - Metals**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | Antimony (mg/kg) | Arsenic (mg/kg) | Barium (mg/kg) | Beryllium (mg/kg) | Cadmium (mg/kg) | Chromium (mg/kg) | Cobalt (mg/kg) | Copper (mg/kg) | Lead (mg/kg) | Mercury (mg/kg) | Molybdenum (mg/kg) | Nickel (mg/kg) | Selenium (mg/kg) | Silver (mg/kg) | Thallium (mg/kg) | Vanadium (mg/kg) | Zinc (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTSC-SL[1] / RSL[2]: | | | 470[2] | 0.25[1] | 220,000[2] | 210[1] | 7.3[1] | NE | 350[2] | 47,000[2] | 320[1] | 4.5[1] | 5,800[2] | 3,100[1] | 5,800[2] | 1,500[1] | 12[1] | 5,800[2] | 350,000[2] |
| B-17 | 10 | 12/9/2015 | ND<0.014 | ND<0.008 | 91 | ND<0.002 | ND<0.001 | 8.0 | 8.4 | 6.5 | ND<0.010 | ND<0.027 | ND<0.002 | 9.9 | ND<0.022 | ND<0.005 | ND<0.017 | 24 | 9.0 |
| B-17 | 15 | 12/9/2015 | ND<0.014 | ND<0.008 | 59 | ND<0.002 | ND<0.001 | 6.2 | 5.3 | 3.3 | ND<0.010 | ND<0.027 | ND<0.002 | 6.7 | ND<0.022 | ND<0.005 | ND<0.017 | 19 | 6.8 |
| | | | | | | | | | | | | | | | | | | | |
| B-18 | 2 | 12/9/2015 | ND<0.014 | 0.075 | 140 | ND<0.002 | ND<0.001 | 15 | 12 | 18 | 8.7 | 0.066 | ND<0.002 | 15 | ND<0.022 | ND<0.005 | ND<0.017 | 35 | 17 |
| B-18 | 5 | 12/9/2015 | ND<0.014 | ND<0.008 | 77 | ND<0.002 | ND<0.001 | 8.6 | 5.7 | 8.6 | ND<0.010 | 0.030 | ND<0.002 | 7.5 | ND<0.022 | ND<0.005 | ND<0.017 | 20 | 9.4 |
| B-18 | 9 | 12/9/2015 | ND<0.014 | 0.38 | 82 | ND<0.002 | ND<0.001 | 9.1 | 5.2 | 9.1 | ND<0.010 | ND<0.027 | ND<0.002 | 11 | ND<0.022 | ND<0.005 | ND<0.017 | 26 | 9.8 |
| B-18 | 10 | 12/9/2015 | ND<0.014 | ND<0.008 | 88 | ND<0.002 | ND<0.001 | 10 | 6.8 | 9.9 | ND<0.010 | ND<0.027 | ND<0.002 | 11 | ND<0.022 | ND<0.005 | ND<0.017 | 30 | 11 |
| B-18 | 15 | 12/9/2015 | ND<0.014 | ND<0.008 | 68 | ND<0.002 | ND<0.001 | 8.3 | 7.0 | 6.7 | ND<0.010 | ND<0.027 | ND<0.002 | 9.0 | ND<0.022 | ND<0.005 | ND<0.017 | 31 | 9.0 |

Notes:

Metals      California Title 22 Metals

ft-bgs      feet below ground surface

mg/kg      milligrams per kilogram

[1]      DTSC-SL - DTSC-Modified Soil Screening Level for commercial/industrial soil, January 2016

[2]      RSL - USEPA Regional Screening Level for industrial soil, November 2015

NE      not established

Table IV

Summary of Soil Analytical Data - SVOCs

Former Pacifica Chemical Site

Los Angeles, California

| Boring ID | Sample Depth (ft-bgs) | Sample Date | Anthracene (µg/kg) | Benzo(a)anthracene (µg/kg) | Benzo(a)pyrene (µg/kg) | Chrysene (µg/kg) | Dibenzo(a,h)anthracene (µg/kg) | Dibenzofuran (µg/kg) | Naphthalene (µg/kg) | Pentachlorophenol (µg/kg) | Pyrene (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1 | 50 | 12/2/2015 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<1,000 | ND<300 |
| B-2 | 50 | 12/2/2015 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<300 | ND<1,000 | ND<300 |

Notes:

SVOCs      semivolatile organic compounds

ft-bgs      feet below ground surface

µg/kg      micrograms per kilogram

**Table V**

**Summary of Soil Analytical Data - PCBs**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | PCB-1016 (µg/kg) | PCB-1221 (µg/kg) | PCB-1232 (µg/kg) | PCB-1242 (µg/kg) | PCB-1248 (µg/kg) | PCB-1254 (µg/kg) | PCB-1260 (µg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| B-16 | 5 | 12/7/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-16 | 10 | 12/7/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| | | | | | | | | | |
| B-17 | 2 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-17 | 5 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-17 | 9 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-17 | 10 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-17 | 15 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| | | | | | | | | | |
| B-18 | 2 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-18 | 5 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-18 | 9 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-18 | 10 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |
| B-18 | 15 | 12/9/2015 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 | ND<10 |

Notes:

PCBs        polychlorinated biphenyls

ft-bgs       feet below ground surface

µg/kg       micrograms per kilogram

**Table VI**

**Summary of Soil Analytical Data - TPH**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Boring ID | Sample Depth (ft-bgs) | Sample Date | TPHd (mg/kg) | TPHmo (mg/kg) |
|---|---|---|---|---|
| B-1 | 50 | 12/2/2015 | ND<10 | ND<10 |
| B-2 | 50 | 12/2/2015 | ND<10 | ND<10 |

Notes:

TPH        total petroleum hydrocarbons

TPHd       TPH as diesel-range organics (C13-C28)

TPHmo    TPH as motor-oil-range organics (C29-C40)

ft-bgs       feet below ground surface

mg/kg      milligrams per kilogram

Table VII

Summary of Groundwater Analytical Data

Former Pacifica Chemical Site

Los Angeles, California

| Sample ID | Sample Date | PCE (µg/L) | TCE (µg/L) | cis-1,2-DCE (µg/L) | 1,1-DCE (µg/L) | MC (µg/L) | Chloroform | B (µg/L) | T (µg/L) | E (µg/L) | m,p-X (µg/L) | o-X (µg/L) | 1,2,4-TMB (µg/L) | 1,3,5-TMB (µg/L) | F-11 (µg/L) | F-12 (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MCL: | 5.0 | 5.0 | 6.0 | 6.0 | 5.0 | NE | 1.0 | 150 | 300 | 1,750 (total xylenes) | | NE | NE | 150 | NE |
| HP-1 | 12/2/2015 | 11 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | 1.4 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-2 | 12/2/2015 | 78 | 1.3 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | 0.84 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-3 | 11/30/2015 | 21 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-4 | 12/1/2015 | 550 | 11 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | 1.6 | ND<0.5 |
| HP-5 | 12/1/2015 | 35 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-6 | 12/3/2015 | 2,200 | 6.0 | 17 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | 1.7 | ND<0.5 | 1.1 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-7 | 12/3/2015 | 170 | 3.4 | 13 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | 2.0 | ND<0.5 | 1.6 | 0.58 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-8 | 12/4/2015 | 41 | 1.5 | 3.1 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | 1.6 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-9 | 12/4/2015 | 22 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-10 | 12/4/2015 | 90 | 3.2 | 5.4 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-11 | 12/4/2015 | 100 | 4.3 | 16 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-12 | 12/3/2015 | 45 | 2.5 | 3.3 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 |
| HP-13 | 12/8/2015 | 340 | 9.7 | 7.8 | ND<1.0 | ND<1.0 | 1.3 | ND<0.5 | 1.3 | 0.56 | 1.0 | ND<0.5 | ND<1.0 | ND<1.0 | 2.7 | ND<0.5 |
| HP-14 | 12/8/2015 | ND<1.0 | 4.4 | 1.6 | ND<1.0 | ND<1.0 | ND<1.0 | ND<0.5 | ND<0.5 | ND<0.5 | ND<1.0 | ND<0.5 | ND<1.0 | ND<1.0 | 2.0 | ND<0.5 |
| HP-15 | 12/7/2015 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | ND<1.0 | 0.66 | 2.6 | 1.8 | 17 | 8.2 | 5.6 | 1.5 | ND<1.0 | 0.69 |

Notes:

| | | | |
|---|---|---|---|
| PCE | tetrachloroethene | 1,2,4-TMB | 1,2,4-trimethylbenzene |
| TCE | trichloroethene | 1,3,5-TMB | 1,3,5-trimethylbenzene |
| cis-1,2-DCE | cis-1,2-dichloroethene | F-11 | Freon 11; trichlorofluoromethane |
| 1,1-DCE | 1,1-dichloroethene | F-12 | Freon 12; dichlorodifluoromethane |
| MC | methylene chloride; dichloromethane | µg/L | micrograms per liter |
| B | benzene | NE | not established |
| T | toluene | MCL | California Maximum Contaminant Level |
| E | ethylbenzene | | |
| m,p-X | m,p-xylenes | | |
| o-X | o-xylene | | |

**Table 2-II**

**Soil Vapor Probe Construction Details**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Probe ID | Probe Depth (ft-bgs) | Date Installed | Probe Material | Tubing Material | Tubing Diameter (inches; OD) |
|---|---|---|---|---|---|
| SV-4A | 5 | 12/2/2015 | SS | Nylaflow | 0.25 |
| SV-4B | 15 | 12/2/2015 | SS | Nylaflow | 0.25 |
| SV-4C | 25 | 12/2/2015 | SS | Nylaflow | 0.25 |
| SV-4D | 35 | 12/2/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-5A | 5 | 12/1/2015 | SS | Nylaflow | 0.25 |
| SV-5B | 15 | 12/1/2015 | SS | Nylaflow | 0.25 |
| SV-5C | 25 | 12/1/2015 | SS | Nylaflow | 0.25 |
| SV-5D | 35 | 12/1/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-6A | 5 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-6B | 15 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-6C | 25 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-6D | 35 | 12/3/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-7A | 5 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-7B | 15 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-7C | 25 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-7D | 35 | 12/3/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-9A | 5 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-9B | 15 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-9C | 25 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-9D | 35 | 12/4/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-10A | 5 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-10B | 15 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-10C | 25 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-10D | 35 | 12/4/2015 | SS | Nylaflow | 0.25 |
| | | | | | |

**Table VIII**

**Soil Vapor Probe Construction Details**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Probe ID | Probe Depth (ft-bgs) | Date Installed | Probe Material | Tubing Material | Tubing Diameter (inches; OD) |
|---|---|---|---|---|---|
| SV-11A | 5 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-11B | 15 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-11C | 25 | 12/4/2015 | SS | Nylaflow | 0.25 |
| SV-11D | 35 | 12/4/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-12A | 5 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-12B | 15 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-12C | 25 | 12/3/2015 | SS | Nylaflow | 0.25 |
| SV-12D | 35 | 12/3/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-13A | 5 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-13B | 15 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-13C | 25 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-13D | 35 | 12/8/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-14A | 5 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-14B | 15 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-14C | 25 | 12/8/2015 | SS | Nylaflow | 0.25 |
| SV-14D | 35 | 12/8/2015 | SS | Nylaflow | 0.25 |
| | | | | | |
| SV-15A | 5 | 12/7/2015 | SS | Nylaflow | 0.25 |
| SV-15B | 15 | 12/7/2015 | SS | Nylaflow | 0.25 |
| SV-15C | 25 | 12/7/2015 | SS | Nylaflow | 0.25 |
| SV-15D | 35 | 12/7/2015 | SS | Nylaflow | 0.25 |

Notes:

ft-bgs     feet below ground surface

OD          outer diameter

SS           stainless steel

**Table IX**

**Summary of Soil Vapor Analytical Data**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Probe ID | Probe Depth (ft-bgs) | Sample Date | PCE (μg/L) | TCE (μg/L) | cis-1,2-DCE (μg/L) | B (μg/L) | T (μg/L) | E (μg/L) | m,p-X (μg/L) | o-X (μg/L) | 1,2,4-TMB (μg/L) | Chloroform (μg/L) | p-IPT (μg/L) | Carbon Tet (μg/L) | F-11 (μg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SV-4A | 5 | 12/9/2015 | 130 | 0.78 | ND<0.40 | 0.09 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 3.7 |
| SV-4B | 15 | 12/9/2015 | 260 | 1.0 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.1 | ND<0.40 | ND<0.08 | 4.2 |
| SV-4C | 25 | 12/9/2015 | 88 | 0.23 | ND<1.0 | ND<0.20 | ND<2.0 | ND<1.0 | ND<1.0 | ND<1.0 | 1.5 | ND<0.20 | ND<1.0 | ND<0.20 | 2.3 |
| SV-4D | 35 | 12/9/2015 | 350 [270] | 1.4 [1.6] | ND<2.0 | 0.96 [ND<0.40] | ND<4.0 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | ND<0.40 | ND<2.0 | ND<0.40 | 8.7 [6.4] |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SV-5A | 5 | 12/9/2015 | 360 | 0.69 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 2.9 |
| SV-5B | 15 | 12/9/2015 | 54 | 0.15 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 1.1 |
| SV-5C | 25 | 12/9/2015 | 350 | 1.7 | ND<2.0 | ND<0.40 | ND<4.0 | ND<2.0 | ND<2.0 | ND<2.0 | ND<2.0 | ND<0.40 | ND<2.0 | ND<0.40 | 7.0 |
| SV-5D | 35 | 12/9/2015 | 380 | 1.6 | ND<0.50 | ND<0.10 | ND<1.0 | ND<0.50 | ND<0.50 | ND<0.50 | ND<0.50 | 0.11 | ND<0.50 | ND<0.10 | 6.7 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SV-6A | 5 | 12/9/2015 | 190 | 0.6 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 7.5 |
| SV-6B | 15 | 12/9/2015 | 290 | 1.4 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 7.3 |
| SV-6C | 25 | 12/9/2015 | 380 | 1.5 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 11 |
| SV-6D | 35 | 12/9/2015 | 490 | 2.0 | ND<10 | ND<2.0 | ND<20 | ND<10 | ND<10 | ND<10 | ND<10 | ND<2.0 | ND<10 | ND<2.0 | 14 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SV-7A | 5 | 12/9/2015 | 260 | 1.5 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 6.9 |
| SV-7B | 15 | 12/9/2015 | 450 | 3.0 | 0.87 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.09 | ND<0.40 | ND<0.08 | 77 |
| SV-7C | 25 | 12/9/2015 | 560 [570] | 3.7 [3.3] | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 15 [15] |
| SV-7D | 35 | 12/9/2015 | 400 | ND<4.0 | ND<20 | ND<4.0 | ND<40 | ND<20 | ND<20 | ND<20 | ND<20 | ND<4.0 | ND<20 | ND<4.0 | ND<20 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SV-9A | 5 | 12/9/2015 | 35 | 0.35 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 0.56 |
| SV-9B | 15 | 12/10/2015 | 200 | 2.9 | 0.84 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.15 | 0.45 | 0.11 | 3.7 |
| SV-9C | 25 | 12/10/2015 | 360 | 4.4 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 6.5 |
| SV-9D | 35 | 12/10/2015 | 420 [420] | 4.5 [4.6] | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 8.1 [8.0] |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Table IX**

**Summary of Soil Vapor Analytical Data**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Probe ID | Probe Depth (ft-bgs) | Sample Date | PCE (µg/L) | TCE (µg/L) | cis-1,2-DCE (µg/L) | B (µg/L) | T (µg/L) | E (µg/L) | m,p-X (µg/L) | o-X (µg/L) | 1,2,4-TMB (µg/L) | Chloroform (µg/L) | p-IPT (µg/L) | Carbon Tet (µg/L) | F-11 (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SV-10A | 5 | 12/10/2015 | 150 | 3.5 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.11 | ND<0.40 | ND<0.08 | 3.6 |
| SV-10B | 15 | 12/10/2015 | 170 | 5.7 | 3.1 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.22 | ND<0.40 | ND<0.08 | 5.2 |
| SV-10C | 25 | 12/10/2015 | 410 | 5.9 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 5.4 |
| SV-10D | 35 | 12/10/2015 | 650 | 8.0 | 5.9 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | 0.11 | ND<5.0 | ND<1.0 | 15 |
| | | | | | | | | | | | | | | | |
| SV-11A | 5 | 12/10/2015 | 140 | 2.9 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.12 | ND<0.40 | ND<0.08 | 1.3 |
| SV-11B | 15 | 12/10/2015 | 200 | 3.9 | 1.4 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.21 | ND<0.40 | ND<0.08 | 6.1 |
| SV-11C | 25 | 12/10/2015 | 430 | 4.1 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 6.8 |
| SV-11D | 35 | 12/10/2015 | 500 [410] | 5.9 [4.8] | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 7.2 [7.6] |
| | | | | | | | | | | | | | | | |
| SV-12A | 5 | 12/9/2015 | 310 | 0.9 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 5.5 |
| SV-12B | 15 | 12/9/2015 | 480 | 2.4 | ND<10 | ND<2.0 | ND<20 | ND<10 | ND<10 | ND<10 | ND<10 | ND<2.0 | ND<10 | ND<2.0 | ND<10 |
| SV-12C | 25 | 12/9/2015 | 610 | 1.3 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 13 |
| SV-12D | 35 | 12/9/2015 | 660 | 3.2 | ND<10 | ND<2.0 | ND<20 | ND<10 | ND<10 | ND<10 | ND<10 | ND<2.0 | ND<10 | ND<2.0 | 14 |
| | | | | | | | | | | | | | | | |
| SV-13A | 5 | 12/10/2015 | 89 | 1.2 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.08 | ND<0.40 | ND<0.08 | 0.58 |
| SV-13B | 15 | 12/10/2015 | 400 | 5.7 | 2.3 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.25 | ND<0.40 | ND<0.08 | 5.4 |
| SV-13C | 25 | 12/10/2015 | 260 | 3.6 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 6.6 |
| SV-13D | 35 | 12/10/2015 | 390 | 5.0 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 9.3 |
| | | | | | | | | | | | | | | | |
| SV-14A | 5 | 12/10/2015 | 110 | 0.73 | ND<0.40 | 0.12 | 1.7 | 0.55 | 2.9 | 0.71 | 1.2 | ND<0.08 | ND<0.40 | ND<0.08 | 0.86 |
| SV-14B | 15 | 12/10/2015 | 450 | 3.0 | 1.1 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.23 | ND<0.40 | ND<0.08 | 5.0 |
| SV-14C | 25 | 12/10/2015 | 600 | 4.3 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 9.9 |
| SV-14D | 35 | 12/10/2015 | 560 | 4.6 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 13 |
| | | | | | | | | | | | | | | | |

**Table IX**

**Summary of Soil Vapor Analytical Data**

**Former Pacifica Chemical Site**

**Los Angeles, California**

| Probe ID | Probe Depth (ft-bgs) | Sample Date | PCE (µg/L) | TCE (µg/L) | cis-1,2-DCE (µg/L) | B (µg/L) | T (µg/L) | E (µg/L) | m,p-X (µg/L) | o-X (µg/L) | 1,2,4-TMB (µg/L) | Chloroform (µg/L) | p-IPT (µg/L) | Carbon Tet (µg/L) | F-11 (µg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SV-15A | 5 | 12/10/2015 | 140 | 1.6 | ND<0.40 | ND<0.08 | ND<0.80 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.40 | 0.16 | ND<0.40 | ND<0.08 | 4.0 |
| SV-15B | 15 | 12/10/2015 | 210 | 0.17 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 3.9 |
| SV-15C | 25 | 12/10/2015 | 410 | 2.8 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 7.0 |
| SV-15D | 35 | 12/10/2015 | 350 | 2.5 | ND<5.0 | ND<1.0 | ND<10 | ND<5.0 | ND<5.0 | ND<5.0 | ND<5.0 | ND<1.0 | ND<5.0 | ND<1.0 | 6.9 |

Notes:

| | |
|---|---|
| PCE | tetrachloroethene |
| TCE | trichloroethene |
| cis-1,2-DCE | cis-1,2-Dichloroethene |
| B | benzene |
| T | toluene |
| E | ethylbenzene |
| m,p-X | m,p-xylenes |
| o-X | o-xylene |
| 1,2,4-TMB | 1,2,4-trimethylbenzene |
| p-IPT | p-isopropyltoluene |
| Carbon Tet | carbon tetrachloride |
| F-11 | Freon 11; trichlorotfluoromethane |
| ft-bgs | feet below ground surface |
| µg/L | micrograms per liter |
| [value] | duplicate sample result |

Table X

Summary of Indoor and Ambient Air Analytical Data

Former Pacifica Chemical Site

Los Angeles, California

| Sample ID | Sample Date | PCE (µg/m³) | TCE (µg/m³) | cis-1,2-DCE (µg/m³) | trans-1,2-DCE (µg/m³) | 1,1-DCE (µg/m³) | 1,2-DCA (µg/m³) | MC (µg/m³) | B (µg/m³) | T (µg/m³) | E (µg/m³) | m,p-X (µg/m³) | o-X (µg/m³) | Styrene (µg/m³) | Chloromethane (µg/m³) | Bromomethane (µg/m³) | Acetone (µg/m³) | MEK (µg/m³) | Chloroform (µg/m³) | Carbon Disulfide (µg/m³) | MIBK (µg/m³) | 4-Ethyltoluene (µg/m³) | 1,2,4-TMB (µg/m³) | 1,3,5-TMB (µg/m³) | 1,4-DCB (µg/m³) | 1,2,4-TCB (µg/m³) | Carbon Tet (µg/m³) | F-11 (µg/m³) | F-12 (µg/m³) | F-113 (µg/m³) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IA-101 | 12/10/2015 | 18 | 0.29 J | ND<0.40 | ND<0.40 | ND<0.40 | 0.25 J | 1.1 | 2.0 | 7.8 | 1.7 | 3.9 | 1.5 | 2.7 | 1.4 | ND<0.39 | 49 | 3.4 | 0.39 | 0.09 J | 0.44 J | 0.36 J | 1.7 | 0.40 J | 0.29 J | ND<1.9 | 0.44 | 1.7 | 1.9 | 0.49 J |
| IA-102 | 12/10/2015 | 16 | 0.23 J | ND<0.40 | ND<0.40 | ND<0.40 | 0.22 J | 1.0 | 1.9 | 6.9 | 1.6 | 3.5 | 1.4 | 2.3 | 1.3 | ND<0.39 | 48 | 3.6 | 0.32 | 0.08 J | 0.33 J | 0.40 J | 1.5 | 0.31 J | 0.18 J | ND<1.9 | 0.43 | 1.6 | 1.6 | 0.47 J |
| IA-103 | 12/10/2015 | 5.5 | 0.21 J | ND<0.40 | ND<0.40 | ND<0.40 | 0.19 J | 0.81 | 1.6 | 6.0 | 1.2 | 3.1 | 1.2 | 1.8 | 1.1 | ND<0.39 | 36 | 3.6 | 0.29 | 0.08 J | 0.35 J | 0.26 J | 1.5 | 0.29 J | 0.13 J | ND<1.9 | 0.45 | 1.4 | 1.6 | 0.46 J |
| IA-104 | 12/10/2015 | 1.6 | 0.14 J | ND<0.40 | 0.10 J | ND<0.40 | 0.19 J | 0.84 | 1.3 | 4.7 | 0.87 | 2.6 | 1.0 | 0.65 | 1.3 | 0.09 J | 39 | 5.5 | 0.16 J | 0.09 J | 0.43 J | 0.30 J | 1.8 | 0.31 J | 0.16 J | 0.55 J | 0.47 | 1.5 | 1.4 | 0.57 J |
| IA-105 | 12/10/2015 | 14 | 0.22 J | ND<0.40 | ND<0.40 | ND<0.40 | 0.21 J | 0.97 | 1.9 | 7.2 | 1.4 | 3.7 | 1.5 | 1.8 | 1.4 | 0.08 J | 44 | 4.3 | 0.32 | 0.09 J | 0.41 J | 0.34 J | 1.7 | 0.36 J | 0.16 J | ND<1.9 | 0.50 | 1.8 | 1.7 | 0.56 J |
| IA-106 | 12/10/2015 | 7.4 | 0.17 J | ND<0.40 | ND<0.40 | ND<0.41 | 0.18 J | 1.0 | 1.8 | 6.2 | 1.3 | 3.5 | 1.4 | 1.5 | 1.3 | ND<0.39 | 36 | 3.8 | 0.26 | 0.08 J | 0.51 J | 0.35 J | 1.5 | 0.37 J | 0.16 J | ND<1.9 | 0.47 | 1.7 | 1.5 | 0.56 J |
| AA-101 | 12/10/2015 | 0.40 J | ND<0.55 | ND<0.40 | ND<0.40 | ND<0.40 | 0.11 J | 0.85 | 1.3 | 3.5 | 0.61 | 1.9 | 0.74 | 0.32 J | 1.0 | 0.11 J | 21 | 2.8 | 0.20 J | 0.07 J | 0.21 J | 0.20 J | 0.68 | 0.22 J | 0.15 J | 0.19 J | 0.45 | 1.5 | 1.7 | 0.56 J |
| AA-102 | 12/10/2015 | 0.31 J | ND<0.55 | ND<0.40 | ND<0.40 | ND<0.40 | ND<0.41 | 0.79 | 1.1 | 3.2 | 0.52 | 1.7 | 0.65 | 0.28 J | 1.2 | ND<0.39 | 19 | 2.3 | 0.15 J | ND<0.32 | 0.16 J | 0.18 J | 0.61 | 0.17 J | ND<0.61 | ND<1.9 | 0.40 | 1.4 | 1.7 | 0.51 J |
| AA-103 | 12/10/2015 | 0.32 J | ND<0.55 | ND<0.40 | ND<0.40 | ND<0.41 | 0.08 J | 0.45 | 3.4 | 5.8 | 0.99 | 3.4 | 1.1 | 0.51 | 0.99 | ND<0.39 | 35 | 3.8 | 0.17 J | ND<0.32 | 0.20 J | 0.26 J | 0.99 | 0.29 J | ND<0.61 | ND<1.9 | 0.40 | 1.4 | 1.8 | 0.50 J |

Notes:

| | |
|---|---|
| PCE | tetrachloroethene |
| TCE | trichloroethene |
| cis-1,2-DCE | cis-1,2-dichloroethene |
| trans-1,2-DCE | trans-1,2-dichloroethene |
| 1,1-DCE | 1,1-dichloroethene |
| 1,2-DCA | 1,2-dichloroethane |
| MC | methylene chloride |
| B | benzene |
| T | toluene |
| E | ethylbenzene |
| m,p-X | m,p-xylenes |
| o-X | o-xylene |
| MEK | Methyl Ethyl Ketone; 2-Butanone |
| MIBK | Methyl Isobutyl Ketone; 4-Methyl-2-Pentanone |
| 1,2,4-TMB | 1,2,4-trimethylbenzene |
| 1,3,5-TMB | 1,3,5-trimethylbenzene |
| 1,4-DCB | 1,4-dichlorobenzene |
| 1,2,4-TCB | 1,2,4-trichlorobenzene |
| Carbon Tet | carbon tetrachloride |
| F-11 | Freon 11; trichlorofluoromethane |
| F-12 | Freon 12; dichlorodifluoromethane |
| F-113 | Freon 113; 1,1,2-trichlorotriflouroethane |
| µg/m³ | micrograms per cubic meter |
| J | value detected above detection limit and below the reporting limit; value is an estimate |



# SITE

SOURCE OF BASE MAP
U.S. GEOLOGICAL SURVEY, 7.5 MIN QUAD., INGLEWOOD, CA, 2015

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE LOCATION MAP

0    1,000    2,000
SCALE IN FEET

DRAWN BY: EL   DATE: 10/18/2015

MUREX
environmental, inc

FIGURE
1



135 W 132ND ST

129 W 132ND ST

107 W 132ND ST

W 132ND ST

*SITE*

146 W 132ND ST

132 W 132ND ST

13301 S MAIN ST

145 W 134TH ST

109 W 134TH ST

W 134TH ST

LEGEND

------- SITE BOUNDARY

N

0    50    100

SCALE IN FEET

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING
STUDY AREA

MUREX
environmental, inc

FIGURE
2

DRAWN BY: EL      REVISED BY: DV      DATE: 01/18/2016



FIGURE 3

SITE PLAN SHOWING PCE IN PASSIVE SOIL VAPOR

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

LEGEND

○  PASSIVE SOIL VAPOR SAMPLE

7,770  PCE QUANTITIES PRESENTED IN NANOGRAMS (ng)

- - - - -  APPROXIMATE LOCATION OF CEMENTED TRENCH DRAIN

LOCATIONS ARE APPROXIMATE

DRAWN BY: EL     REVISED BY: AW     DATE: 04/04/2016

SCALE IN FEET
0      25      50

MUREX
environmental, inc



**B-17**

| DEPTH | PCE |
|-------|-----|
| 2 | 6.2 |
| 5 | ND |
| 9 | ND |
| 10 | ND |
| 15 | ND |

**B-1**

| DEPTH | PCE |
|-------|-----|
| 10 | ND |
| 20 | 32 |
| 30 | ND |
| 40 | 12 |
| 50 | ND |

**B-3**

| DEPTH | PCE |
|-------|-----|
| 10 | ND |
| 20 | 9.4 |
| 30 | ND |
| 40 | 58 |
| 50 | ND |

**B-2**

| DEPTH | PCE |
|-------|-----|
| 10 | 21 |
| 20 | ND |
| 30 | ND |
| 40 | ND |
| 50 | ND |

**B-14**

| DEPTH | PCE |
|-------|-----|
| 2 | 31 |
| 5 | ND |
| 10 | 4.6 |
| 20 | 43 |
| 30 | 82 |
| 40 | 12 |
| 50 | 380 |
| 55 | 140 |

**B-4**

| DEPTH | PCE |
|-------|-----|
| 10 | 32 |
| 20 | ND |
| 30 | 37 |
| 40 | ND |
| 50 | 69 |

**B-18**

| DEPTH | PCE |
|-------|-----|
| 2 | 11 |
| 5 | ND |
| 9 | ND |
| 10 | ND |
| 15 | 11 |

**B-16**

| DEPTH | PCE |
|-------|-----|
| 5 | ND |
| 10 | ND |

**B-15**

| DEPTH | PCE |
|-------|-----|
| 2 | 19 |
| 5 | ND |
| 10 | ND |
| 20 | 9.2 |
| 30 | ND |
| 40 | ND |
| 50 | ND |

**B-9**

| DEPTH | PCE |
|-------|-----|
| 2 | ND |
| 5 | ND |
| 10 | ND |
| 20 | 12 |
| 30 | 47 |
| 40 | 27 |
| 50 | ND |

**B-13**

| DEPTH | PCE |
|-------|-----|
| 2 | 48 |
| 5 | ND |
| 10 | 7.6 |
| 20 | 17 |
| 30 | 33 |
| 40 | 12 |
| 50 | ND |

**B-5**

| DEPTH | PCE |
|-------|-----|
| 10 | 30 |
| 20 | 7.2 |
| 30 | 52 |
| 40 | ND |
| 50 | ND |

**B-12**

| DEPTH | PCE |
|-------|-----|
| 10 | 85 |
| 20 | ND |
| 30 | 27 |
| 40 | ND |
| 50 | NS/NR |

**B-8**

| DEPTH | PCE |
|-------|-----|
| 10 | ND |
| 20 | 6.2 |
| 30 | 21 |
| 40 | 13 |
| 50 | ND |

**B-10**

| DEPTH | PCE |
|-------|-----|
| 2.5 | 21 |
| 5 | ND |
| 10 | ND |
| 20 | ND |
| 30 | ND |
| 40 | ND |
| 50 | ND |

**B-7**

| DEPTH | PCE |
|-------|-----|
| 10 | 12 |
| 20 | ND |
| 30 | ND |
| 40 | 11 |
| 50 | 76 |
| 55 | ND |

**B-11**

| DEPTH | PCE |
|-------|-----|
| 2 | ND |
| 5 | ND |
| 9 | ND |
| 10 | 5.1 |
| 20 | NS/NR |
| 30 | ND |
| 40 | 12 |
| 50 | 130 |
| 55 | 35 |

**B-6**

| DEPTH | PCE |
|-------|-----|
| 10 | 26 |
| 20 | ND |
| 30 | 7.5 |
| 40 | 190 |
| 50 | 120 |

SITE

32ND ST
W 132ND ST
132 W 132ND ST
13301 S MAIN ST

LOCATION OF ABANDONED CLARIFIER

LOCATION OF HISTORICAL MIXING TANKS

LEGEND

⬤ SHALLOW SOIL BORING (10 FT-BGS)
⬤ SOIL BORING (TO DEPTH OF GROUNDWATER)
— APPROXIMATE LOCATION OF CEMENTED TRENCH DRAIN

PCE - TETRACHLOROETHENE; CONCENTRATIONS IN µG/KG
ND - NOT DETECTED ABOVE LABORATORY DETECTION LIMIT
NS/NR - NOT SAMPLED; NO RECOVERY
DEPTHS ARE IN FT-BGS

LOCATIONS ARE APPROXIMATE

0    30    60
SCALE IN FEET

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE MAP SHOWING
PCE IN SOIL

FIGURE
4

MUREX
environmental, inc

DRAWN BY: EL    REVISED BY: AW    DATE: 04/04/2016

A

B-3

*W 132ND ST*

B-1

B-16

*SITE*

B-17

B-18

B' B-4

B B-13 B-15

B-9 B-14 B-5

B-10 B-11 B-12

B-8

132 W 132ND ST

146 W 132ND ST

13301 S MAIN ST

B-7 B-6

A'

145 W 134TH ST

109 W 134TH ST

LEGEND

⬤ SHALLOW SOIL BORING (10 FT-BGS)

⬤ SOIL BORING (TO DEPTH OF GROUNDWATER)

⊢ CROSS-SECTION CUT LINE

-N-

0    30    60
SCALE IN FEET

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET,
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING
CROSS-SECTION CUT LINES

MUREX
environmental, inc

FIGURE
5

DRAWN BY: EL    REVISED BY: AW    DATE: 01/26/2016



GENERALIZED GEOLOGIC CROSS SECTION A-A'

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

FIGURE 6

MUREX environmental, inc

DRAWN BY: AW   DATE: 02/10/2016

LEGEND
- SANDS
- SANDS WITH SILTS AND CLAYS
- SILTS AND CLAYS
- GROUND SURFACE

HORIZONTAL: 0   15   30
VERTICAL: 0   5   10
SCALE IN FEET



GENERALIZED GEOLOGIC
CROSS SECTION B-B'

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

FIGURE
7



W 132ND ST

HP-3
21

HP-1
11

HP-2
78

SITE

146 W 132ND ST

100

HP-4
550
?

HP-9
22

HP-13
340

HP-14
ND

HP-15
ND

HP-5
35

HP-10
90

HP-11
100

HP-12
54

100

HP-8
41

100

LOCATION OF HISTORICAL
MIXING TANKS

132 W 132ND ST

HP-7
170
?

HP-6
2,200
?

13301 S MAIN ST

145 W 134TH ST

109 W 134TH ST

LEGEND

⊙  GROUNDWATER GRAB SAMPLE

20  PCE CONCENTRATION (µg/L)

——  PCE CONCENTRATION CONTOUR

LOCATIONS ARE APPROXIMATE

DRAWN BY: EL     REVISED BY: AW     DATE: 01/18/2016

N

0      30      60
SCALE IN FEET

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING PCE IN
GROUNDWATER

MUREX
environmental, inc

FIGURE
8



FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING TCE IN GROUNDWATER

FIGURE
9



FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING
CIS-1,2-DCE IN GROUNDWATER

FIGURE
10



FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING
PCE IN SOIL VAPOR
AT 5 FT-BGS

FIGURE
11



FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING
PCE IN SOIL VAPOR
AT 15 FT-BGS

FIGURE
12

LEGEND

⊗  MULTI-NESTED SOIL VAPOR PROBE

20  PCE CONCENTRATION (µg/L)

—— PCE CONCENTRATION CONTOUR (DASHED WHERE INFERRED)

------ APPROXIMATE LOCATION OF CEMENTED TRENCH DRAIN

LOCATIONS ARE APPROXIMATE

DRAWN BY: EL     REVISED BY: AW     DATE: 04/04/2016

SCALE IN FEET
0    30    60

MUREX
environmental, inc



LOCATION OF ABANDONED CLARIFIER

LOCATION OF HISTORICAL MIXING TANKS

*W 132ND ST*

*SITE*

146 W 132ND ST

13301 S MAIN ST

SV-9 ⊗ 360
SV-13 ⊗ 260
SV-14 ⊗ 600
SV-15 ⊗ 410
SV-4 ⊗ 88
SV-5 ⊗ 350
SV-10 ⊗ 410
SV-11 ⊗ 430
SV-12 ⊗ 610
SV-7 ⊗ 570
SV-6 ⊗ 380

100
500
500
100

132 W 132ND ST

145 W 134TH ST
109 W 134TH ST

**LEGEND**
⊗ MULTI-NESTED SOIL VAPOR PROBE
20 PCE CONCENTRATION (μg/L)
PCE CONCENTRATION CONTOUR (DASHED WHERE INFERRED)
APPROXIMATE LOCATION OF CEMENTED TRENCH DRAIN

LOCATIONS ARE APPROXIMATE

-N-

0     30     60
SCALE IN FEET

FORMER PACIFICA CHEMICAL SITE
132 WEST 132ND STREET
LOS ANGELES, CALIFORNIA

SITE PLAN SHOWING PCE IN SOIL
VAPOR AT 25 FT-BGS

DRAWN BY: EL     REVISED BY: AW     DATE: 04/04/2016

**MUREX** environmental, inc

FIGURE
**13**





Figure 15 — Site Plan Showing PCE in Indoor and Ambient Air, Former Pacifica Chemical Site, 132 West 132nd Street, Los Angeles, California

# Appendix A