**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California Corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 19, 2019<br>Time: 9:30 a.m.<br>Courtroom: 8C<br><br>Action filed: June 26, 2015<br>Discovery cut-off: None set<br>Trial date: None set |

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT**

The Court has duly considered the motion, papers, and argument(s) submitted in support of and in opposition to Plaintiffs TC RICH, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer's ("TC Rich," or "Plaintiffs") Motion for Modification of the Scheduling Order and Leave to File a First Amended Complaint ("Motion").

FRCP 15(a) provides that leave to amend a pleading should be "freely given when justice so requires." The Ninth Circuit has stated that this policy favoring amendment should be applied with "extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). However, when the time for amending a pleading set forth in a court's scheduling order has passed, a party wishing to amend its pleading must show "good cause" for modifying the scheduling order to allow for the amendment. FRCP 16(b). The good cause inquiry focuses on the reasonable diligence of the moving party. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Plaintiffs were reasonable in their decision not to previously seek leave to amend the original complaint to include a RCRA cause of action in light of Pacifica Chemical's cooperation with DTSC and the parties' productive settlement discussions. Although the deadline for amending pleadings has passed, Plaintiffs' delay in seeking leave to amend their original complaint is not due to a lack of diligence.

Finding good cause therefore, the Court hereby GRANTS Plaintiffs' Motion and orders the following:

1. The scheduling order in this matter is modified such that the last day for either party to file an amended pleading is _____, 2019.
2. Plaintiffs are granted leave to file the First Amended Complaint to incorporate their proposed RCRA cause of action.

///

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR (1) MODIFICATION OF SCHEDULING ORDER AND (2) LEAVE TO FILE FIRST AMENDED COMPLAINT**

1
2 | IT IS SO ORDERED.
3
4 | Dated: _____
5 |            Honorable Dolly M. Gee
           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 | *TC RICH v. Pacifica Chemical, et al.*     2     **[PROPOSED] ORDER GRANTING**
USDC Case No. CV 15-4878 DMG (AGRx)        **PLAINTIFFS' MOTION FOR (1)**
                           **MODIFICATION OF SCHEDULING ORDER**
                           **AND (2) LEAVE TO FILE FIRST AMENDED**
                                  **COMPLAINT**