**RAINES FELDMAN LLP**
JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT BY ITS APRIL 15, 2019, ORDER**<br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set |

On April 15, 2019, in ruling on plaintiffs' motion for leave to file a first amended complaint, the Court ordered the parties to continue to submit quarterly status reports regarding the status of their (1) investigation of the environmental contamination in question, (2) development of a remedial plan, and (3) settlement negotiations. [DKT. 116.]

1. <u>Site Investigation and Request for the DTSC to Involve Mr. Hussain M. Shaik</u>

The Department of Toxic Substances Control, the California environmental agency with jurisdiction over the Property, previously tendered a Facility Initiated Corrective Action Agreement ("FICA") to Pacifica Chemical in regard to further remedial activities at the Property. The FICA remains unsigned; however, Pacifica Chemical recently reported that DTSC has agreed to let the pilot test move forward without an executed FICA. [DKT 111-1, ¶8 (Declaration of Bret A. Stone)].

On May 2, 2019, Plaintiffs requested that the DTSC involve Mr. Hussain M. Shaik, the historic property owner, in all further negotiations and orders. Mr. Shaikh was the record title owner of the Property from 1979 through 1984, and again from 1987 through 2003. Except for a brief period from December 1984 to October 1987 when Mr. Shaikh appears to have conveyed the Property to another individual, Haroon Khan, Mr. Shaikh was the record title owner of the Property for the time period during which Shah Chemical and Pacifica Chemical conducted chemical blending operations at the Property.

2. <u>New Action Against Shaikh and Shah Chemical</u>

On March 21, 2019, Plaintiffs filed a new action against the prior owner of the Property, Hussain M. Shaikh, and the prior operator at the Property, Shah Chemical. (2:19-cv-02123-DMG-AGR). In response to issues raised by Mr. Shaikh and Shah Chemical in a meet and confer letter dated April 30, 2019, the parties entered into a stipulation to extend the time for Mr. Shaikh and Shah Chemical to respond by not more than 30 days. The new response deadline is now set for June 7,

2019, and Plaintiffs have agreed to file an amended complaint in advance of that deadline.

3. <u>Mediation</u>

The parties anticipate returning to mediation with Mr. Gallagher in or about December 2019 after the pleadings are settled. The parties continue to believe significant strides were achieved with Mr. Gallagher's assistance on February 22nd and further believe that a complete resolution can be achieved at the second session once all the necessary parties are included in the discussion and all the necessary claims are included in the action. In addition, the parties anticipate results from the ERD pilot study to be available late 2019, which will further inform the parties' settlement discussions.

Dated: May 14, 2019  **RAINES FELDMAN LLP**

*/s/ John S. Cha*

John S. Cha
Counsel for Plaintiffs

Dated: May 14, 2019  **PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Mark Elliot*

Mark Elliot
Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: May 14, 2019 | **PALADIN LAW GROUP® LLP** |
| 4 | | |
| 5 | | */s/ Bret A. Stone* |
| 6 | | _____ |
| 7 | | Bret A. Stone |
| | | Counsel for Defendants Pacifica Chemical, Incorporated, Hussain M. Shaikh, and Shah Chemical Corporation |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Dated: May 14, 2019 | **FOLEY & LARDNER LLP** |
| 12 | | |
| 13 | | */s/ Sarah A. Slack* |
| 14 | | _____ |
| | | Sarah A. Slack |
| | | Counsel for Plaintiff-Intervenor |