JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**SEVENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set |

The parties jointly submit this Seventh Further Joint Status Report.

The six prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103]; and
6. May 14, 2019 [Dkt. 117].

This Seventh Further Joint Quarterly Status Report addresses the status of the site investigation of the environmental contamination in question and returning to mediation to conduct a second session. [Dkt. 116]

1. Site Investigation

Pacifica is in the field implementing an enhanced reductive dichlorination ("ERD") Pilot Test. The purpose of the ERD Pilot Test is to obtain information that will assist in an appropriate full-scale groundwater remediation design, including evaluation of the effectiveness of ERD, which is to include bioaugmentation. From July 8 to 26, 2019 and from August 12 to 23, 2019, Pacifica Chemical's environmental contractor ("Murex") has performed/is performing pilot study injections, and reports to DTSC that it will conduct weekly monitoring of select wells for the first four weeks following the injections, and then monthly monitoring for the next four months.

In addition, Murex conducted second-quarter monitoring well sampling on June 7, 2019 and submitted a report to DTSC on August 9, 2019 reporting on the results from the first and second quarter sampling events at the Site.

2. Mediation

The parties continue to anticipate returning to mediation with Mr. Gallagher after some ERD Pilot Test results are available, which could be as soon as November 2019. The final pilot study, however, will not be submitted to DTSC until

around April 2020. Nonetheless, the parties continue to believe significant strides were achieved with Mr. Gallagher's assistance on February 22, 2019, and further believe that a complete resolution can be achieved at the second session once more is known about the extent of contamination and remedial options available to address it.

Dated:  August 14, 2019   **RAINES FELDMAN LLP**

*/S/ John S. Cha*

———————————————
John S. Cha
Counsel for Plaintiffs

Dated:  August 14, 2019   **PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/S/ Mark Elliot*

———————————————
Mark Elliott
Counsel for Plaintiffs

Dated: August 14, 2019   **PALADIN LAW GROUP® LLP**

*/S/ Bret A. Stone*

———————————————
Bret A. Stone
Counsel for Defendants Pacifica Chemical, Incorporated

Dated: August 14, 2019   **FOLEY & LARDNER LLP**

*/S/ Sarah A. Slack*

———————————————
Sarah A. Slack
Counsel for Plaintiff-Intervenor