JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G.
Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br><br><br>**EIGHTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br><br><br>Action filed:  June 26, 2015<br>Discovery:  Stayed<br>Trial date:  None set |

1    The parties jointly submit this Eighth Further Joint Status Report.

2    The six prior joint reports were filed on:

3        1.  January 19, 2018 (Dkt. 91];

4        2.  October 19, 2018 [Dkt. 96];

5        3.  November 14, 2018 [Dkt. 98];

6        4.  February 7, 2019 [Dkt. 100];

7        5.  February 28, 2019 [Dkt. 103]; and

8        6.  May 14, 2019 [Dkt. 117].

9        7.  August 14, 2019 [Dkt. 118].

10   This Eighth Further Joint Quarterly Status Report addresses the status of the

11   site investigation of the environmental contamination and likely returning to

12   mediation to conduct a second session.

13       1.  Site Investigation

14   Pacifica is in the field implementing an enhanced reductive dichlorination

15   ("ERD") Pilot Test. The purpose of the ERD Pilot Test is to obtain information that

16   will assist in an appropriate full-scale groundwater remediation design, including

17   evaluation of the effectiveness of ERD, which is to include bioaugmentation. From

18   July 8 to 26, 2019 and from August 12 to 23, 2019, Pacifica Chemical's

19   environmental contractor ("Murex") performed pilot study injections and is in the

20   process of collecting performance data from wells within the study area. Murex has

21   conducted several post-injection monitoring events and will conduct two additional

22   events this month and in February 2020 before reporting on the pilot test to DTSC in

23   April 2020.

24       2.  Mediation

25   The parties continue to anticipate returning to mediation with Mr. Gallagher.

26   Defendant contends that the most opportune time to return is after the pilot test

27   report is submitted to DTSC in April 2020 to assist in better estimating future

28   remedial costs.  Plaintiffs agree that a reliable estimate of future costs is important

but are concerned that the parties are otherwise in disagreement regarding realistic assessments of relative liability. Nonetheless, the parties continue to believe that areas of dispute and agreement were identified with Mr. Gallagher's assistance on February 22, 2019 and conclude that a further session after more is known about the extent of contamination and remedial options available to address it will better position the parties in their efforts to achieve a settlement.

Dated:  November 14, 2019          **RAINES FELDMAN LLP**

*/s/ John S. Cha*

_____

John S. Cha
Counsel for Plaintiffs

Dated:  November 14, 2019          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/Mark Elliot*

_____

Mark Elliott
Counsel for Plaintiffs

Dated: November 14, 2019          **PALADIN LAW GROUP® LLP**

*/s/Bret A. Stone*

_____

Bret A. Stone
Counsel for Defendants Pacifica Chemical, Incorporated

Dated: November 14, 2019          **FOLEY & LARDNER LLP**

*/s/ Sarah A. Slack*

_____

Sarah A. Slack
Counsel for Plaintiff-Intervenor