1 | JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**NINTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set |

The parties jointly submit this Ninth Further Joint Status Report.

The eight prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118]; and
8. November 14, 2019 [Dkt. 119].

This Ninth Further Joint Quarterly Status Report addresses the status of the site investigation of the environmental contamination and likely returning to mediation to conduct a second session.

1. Site Investigation

Pacifica implemented an enhanced reductive dechlorination ("ERD") Pilot Test in July 2019. The purpose of the ERD Pilot Test is to obtain information that will assist in an appropriate full-scale groundwater remediation design, including evaluation of the effectiveness of ERD, which is to include bioaugmentation. From July 8 to 26, 2019, and from August 12 to 23, 2019, Pacifica Chemical's environmental contractor ("Murex") performed pilot study injections of QRS-SL Plus, a sodium lactate and emulsified vegetable oil product and amended with sodium bicarbonate, followed by a Dehalococcoides (DHC) bacteria in the form of microbial consortium TSI-DC culture.

Following the injection, Murex has been collecting performance data from wells within the study area (monitoring events), which also serves the dual purpose of Waste Discharge Reporting (WDR) monitoring and reporting. Murex has conducted two post-injection monitoring events and is currently conducting quarterly groundwater monitoring and sampling. VOC data in groundwater suggests

that significant reductive dichlorination may be occurring in one of the four wells within the pilot test area. Ongoing monitoring will continue to evaluate VOC trends and will be documented in quarterly groundwater monitoring and WDR reports. Murex will conduct another this month before reporting on the pilot test to DTSC in April 2020.

2. <u>Mediation</u>

The parties continue to anticipate returning to mediation with Mr. Gallagher. Defendant contends that the most opportune time to return is after the pilot test report is submitted to DTSC in April 2020 to assist in better estimating future remedial costs. Plaintiffs agree that a reliable estimate of future costs is important but are concerned that the parties are otherwise in disagreement regarding realistic assessments of relative liability. Nonetheless, the parties continue to believe that areas of dispute and agreement were identified with Mr. Gallagher's assistance on February 22, 2019 and conclude that a further session after more is known about the extent of contamination and remedial options available to address it will better position the parties in their efforts to achieve a settlement.

Dated:  February 14, 2020           **RAINES FELDMAN LLP**

/s/ John S. Cha

_____
John S. Cha
Counsel for Plaintiffs

Dated:  February 14, 2020           **PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ Mark Elliot

_____
Mark Elliott
Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 14, 2020 | **PALADIN LAW GROUP® LLP** |
| 3 | | /s/ Bret A. Stone |
| 4 | | _____ |
| 5 | | Bret A. Stone |
| 6 | | Counsel for Defendants Pacifica Chemical, Incorporated |
| 7 | Dated: February 14, 2020 | **FOLEY & LARDNER LLP** |
| 8 | | /s/ Sarah A. Slack |
| 9 | | _____ |
| 10 | | Sarah A. Slack |
| | | Counsel for Plaintiff-Intervenor |