JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**TENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set<br><br>Submitted on May 14, 2020 |

| | |
|---|---|
| 1 | The parties jointly submit this Tenth Further Joint Status Report. |
| 2 | The nine prior joint reports were filed on: |
| 3 | 1. January 19, 2018 (Dkt. 91]; |
| 4 | 2. October 19, 2018 [Dkt. 96]; |
| 5 | 3. November 14, 2018 [Dkt. 98]; |
| 6 | 4. February 7, 2019 [Dkt. 100]; |
| 7 | 5. February 28, 2019 [Dkt. 103]; |
| 8 | 6. May 14, 2019 [Dkt. 117]; |
| 9 | 7. August 14, 2019 [Dkt. 118]; |
| 10 | 8. November 14, 2019 [Dkt. 119]; and |
| 11 | 9. February 14, 2020 [Dkt. 121]. |

The parties agreed to a second session mediation on May 28, 2020, with Tim Gallagher. The safer-at-home orders, however, will affect the ability to move forward with this second session. The parties and counsel will discuss and agree on a new date to hold the second mediation session.

This Tenth Further Joint Quarterly Status Report includes only a limited update as the COVID-19 pandemic has impacted the investigation work necessary before returning to mediation. The environmental consultant performed the second quarter sampling event and is working on the pilot test report. The parties hope to submit a more substantive response to the Court in the next quarterly report scheduled for August 14, 2020.

Dated: May 14, 2020              **RAINES FELDMAN** LLP


_____/s/John S. Cha_____
John S. Cha
Counsel for Plaintiffs

---

*TC RICH v. Pacifica Chemical, et al.*   1   **TENTH FURTHER JOINT STATUS REPORT**
USDC Case No. CV 15-4878 DMG (AGRx)

**Error! Unknown document property name.**

| | | |
|---|---|---|
| 1 | Dated:  May 14, 2020 | **PILLSBURY WINTHROP SHAW** |
| 2 | | **PITTMAN LLP** |
| 3 | | |
| 4 | | _____ |
| 5 | | Mark Elliott |
| | | Counsel for Plaintiffs |
| 6 | | |
| 7 | Dated: May 14, 2020 | **PALADIN LAW GROUP® LLP** |
| 8 | | |
| 9 | | __/s/Bret A. Stone_____ |
| | | Bret A. Stone |
| 10 | | Counsel for Defendants Pacifica Chemical, |
| 11 | | Incorporated |
| 12 | Dated: May 14, 2020 | **FOLEY & LARDNER LLP** |
| 13 | | |
| 14 | | __/s/Sarah A. Slack_____ |
| 15 | | Sarah A. Slack |
| | | Counsel for Plaintiff-Intervenor |

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)

2

**TENTH FURTHER JOINT STATUS REPORT**

**Error! Unknown document property name.**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 14, 2020, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system sends "Notice of Electronic Filing" to all attorneys of record which have consented to accept notice of this document by electronic means.

Dated: May 14, 2020          RAINES FELDMAN LLP


                             By:   __/s/AJ Cruickshank_____