JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**ELEVENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set<br><br>Submitted on August 14, 2020 |

Plaintiffs TC RICH, LLC, a California limited liability company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, and defendant PACIFICA CHEMICAL INCORPORATED, and Plaintiff-Intervenor (collectively, the "Parties") submit this Eleventh Further Joint Status Report.

The ten prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118];
8. November 14, 2019 [Dkt. 119];
9. February 14, 2020 [Dkt. 121]; and
10. May 14, 2020 [Dkt. 125].

The Parties reported in the 10th Quarterly Report that "[t]he environmental consultant performed the second quarter sampling event and is working on the pilot test report." Due to delays, in part attributable to the inability to complete timely field work due to COVID-19 work restrictions, that pilot test report is being drafted and should be ready in mid-September rather than the anticipated delivery date in the Spring of 2020.

As previously reported, the Parties anticipate that the results of the remedial pilot study will be relevant to settlement discussion and therefore will, subject to the availability of the mediator, schedule the second session mediation with Tim Gallagher in early to mid-October. In the event of any further delay in completion of the Pilot Study, Plaintiffs will advocate a return to mediation irrespective of the

availability of this information.

      Plaintiffs are uncertain whether, based upon prior party positions, that a satisfactory settlement will be achieved unless there is a dramatic change in the position of the parties. Plaintiffs will participate in settlement discussions in good faith, but expect that any resolution must be consistent with applicable legal standards under the Comprehensive Environmental Response, Liability and Compensation Act (42 U.S.C. §§ 9601, et seq.) and the Resource Conservation and Recovery Act (42 U.S.C. §§ 6901, et seq.) (as pertains to the claims against Mr. Shaikh in the companion action). Assuming settlement is not achieved, Plaintiffs anticipate shortly thereafter requesting that the stay be lifted in the instant action so that the Parties may return to litigation and seek alignment for scheduling and other purposes between the two cases.

Dated: August 14, 2020　　　　　**RAINES FELDMAN LLP**

　　　　　　　　　　　　　　　　　　___*/s/ John S. Cha*___
　　　　　　　　　　　　　　　　　　John S. Cha
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Dated: August 14, 2020　　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

　　　　　　　　　　　　　　　　　　___*/s/ Mark Elliott*___
　　　　　　　　　　　　　　　　　　Mark Elliott
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Dated: August 14, 2020　　　　　**PALADIN LAW GROUP® LLP**

　　　　　　　　　　　　　　　　　　___*/s/ Bret A. Stone*___
　　　　　　　　　　　　　　　　　　Bret A. Stone
　　　　　　　　　　　　　　　　　　Counsel for Defendants Pacifica Chemical, Incorporated

| | | |
|---|---|---|
| 1 | Dated: August 14, 2020 | **FOLEY & LARDNER LLP** |

*/s/ Sarah A. Slack*
Sarah A. Slack
Counsel for Plaintiff-Intervenor

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2020, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2020.

By:     /s/ AJ Cruickshank
           AJ Cruickshank