JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**TWELFTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set<br><br>Submitted on November 16, 2020 |

      Plaintiffs TC RICH, LLC, a California limited liability company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, and defendant PACIFICA CHEMICAL INCORPORATED, and Plaintiff-Intervenor (collectively, the "Parties") submit this Twelfth Further Joint Status Report.

      The eleven prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118];
8. November 14, 2019 [Dkt. 119];
9. February 14, 2020 [Dkt. 121];
10. May 14, 2020 [Dkt. 125]; and
11. August 14, 2020 [Dkt. 127].

      The Parties reported in the 11th Quarterly Report that the pilot test report was being drafted and was expected to be ready in mid-September. The pilot test report was circulated to the parties by Defendant Pacifica Chemical's contractor, Murex, on October 14. In the report, Murex concluded that the pilot test demonstrated enhanced reductive dichlorination (ERD) will be effective at remediating volatile organic compound impacts in groundwater at 132 West 132nd Street (the "Site"). Plaintiffs' expert, EEC Environmental, reviewed the report and generally agrees with Murex's conclusions regarding the effectiveness of ERD at the Site, but believes that further pilot testing is necessary to demonstrate that ERD injections

can be effectively delivered across the entire plume.

On November 11, the parties conducted a telephonic meet and confer to discuss the results of the pilot study and a potential return to mediation, as well as other potential paths to resolution. During the discussion, counsel for Defendant Pacifica Chemical agreed to solicit bids from environmental remediation firms to gauge the cost and willingness of those firms to assume responsibility for remediation of the Site. This will give the parties an objective measure of the cost of remediation, which to date has been uncertain and an obstacle to settlement. The parties further acknowledged the pending trial and other deadlines in the matter of *TC Rich v. Hussain Shaikh* (2:19-cv-02123-DMG-AGR). They continue to meet and confer to address procedural and case management issues presented by the related case.

The parties anticipate conducting a further meet and confer discussion after receipt of the bids, and during that discussion will consider whether a return to mediation with Tim Gallagher will be helpful to resolve the remaining issues.

Dated: November 16, 2020     **RAINES FELDMAN LLP**

  /S/ John S. Cha_____
John S. Cha
Counsel for Plaintiffs

Dated: November 16, 2020     **PILLSBURY WINTHROP SHAW PITTMAN LLP**

  /S/ Mark Elliott_____
Mark Elliott
Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: November 16, 2020 | **PALADIN LAW GROUP® LLP** |
| 2 | | |
| 3 | | _/S/_ Bret A. Stone |
| 4 | | Bret A. Stone<br>Counsel for Defendants Pacifica Chemical, |
| 5 | | Incorporated |
| 6 | Dated: November 16, 2020 | **FOLEY & LARDNER LLP** |
| 7 | | |
| 8 | | _/S/_ Sarah A. Slack |
| 9 | | Sarah A. Slack |
| 10 | | Counsel for Plaintiff-Intervenor |

*TC RICH v. Pacifica Chemical, et al.*  
USDC Case No. CV 15-4878 DMG (AGRx)

3

**TWELFTH FURTHER JOINT STATUS REPORT**

**Error! Unknown document property name.**