JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs, TC Rich, LLC, Rifle Freight, Inc.,
Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 15-4878 DMG (AGRx) <br><br> *Assigned to the Hon. Dolly M. Gee* <br><br> **THIRTEENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT** <br><br><br> Action filed:  June 26, 2015 <br> Discovery:  Stayed <br> Trial date:  None set <br><br> Submitted on February 16, 2021 |

Plaintiffs TC RICH, LLC, a California limited liability company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, and defendant PACIFICA CHEMICAL INCORPORATED, and Plaintiff-Intervenor (collectively, the "Parties") submit this Thirteenth Further Joint Status Report.

The twelve prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118];
8. November 14, 2019 [Dkt. 119];
9. February 14, 2020 [Dkt. 121];
10. May 14, 2020 [Dkt. 125];
11. August 14, 2020 [Dkt. 127]; and
12. November 16, 2020 [Dkt. 128].

The Parties reported in the 12th Quarterly Report that on November 11, they conducted a telephonic meet and confer to discuss the results of the pilot study and a potential return to mediation, as well as other potential paths to resolution. During the discussion, counsel for Defendant Pacifica Chemical agreed to solicit bids from environmental remediation firms to gauge the cost and willingness of those firms to assume responsibility for remediation of the Site. Two neutral consultants analyzed the site conditions and generally believed that the cost of cleanup would be in a range similar to the recommended removal action alternative presented to DTSC in the Removal Action Workplan. Neither company, however, was prepared to

1  guarantee a fixed cleanup price.

2        In the matter of *TC Rich v. Hussain Shaikh* (2:19-cv-02123-DMG-AGR),

3  Plaintiffs and Defendant Shaikh filed summary disposition motions that will be

4  heard on February 19th. The parties anticipate conducting a further meet and confer

5  discussion after the Court rules on the cross-motions for summary judgment,

6  including whether a return to mediation with Tim Gallagher will be helpful to

7  resolve the remaining issues.

8

9  Dated: February 12, 2021            **RAINES FELDMAN LLP**

10

11                                     */s/    John S. Cha*

12                                     John S. Cha

13                                     Counsel for Plaintiffs

14  Dated: February 12, 2021           **PILLSBURY WINTHROP SHAW**
                                       **PITTMAN LLP**
15

16

17                                     */s/    Mark Elliott*

18                                     Mark Elliott

19                                     Counsel for Plaintiffs

20

21  Dated: February 12, 2021           **PALADIN LAW GROUP® LLP**

22

23                                     */s/    Bret A. Stone*

24                                     Bret A. Stone
                                       Counsel for Defendants Pacifica Chemical,
25                                     Incorporated

26

27

28

1

Dated: February 12, 2021                    **FOLEY & LARDNER LLP**

2

3                                           */s/      Sarah Slack*

4                                           Sarah A. Slack
                                            Counsel for Plaintiff-Intervenor
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28