JOHN S. CHA (SBN 129115)
  jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
  mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs
TC Rich, LLC, Rifle Freight, Inc., Fleischer Customs Brokers, Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, <br><br>  Plaintiffs, <br><br>  v. <br><br> PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive, <br><br>  Defendants. | Case No. CV 15-4878 DMG (AGRx) <br> *Assigned to the Hon. Dolly M. Gee* <br><br> **FOURTEENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT** <br><br><br> Action Filed: June 26, 2015 <br> Discovery: Stayed <br> Trial Date: None set <br><br> Submitted on May 14, 2021 |

Plaintiffs TC RICH, LLC, a California limited liability company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual, and defendant PACIFICA CHEMICAL INCORPORATED, and Plaintiff-Intervenor (collectively, the "Parties") submit this Fourteenth Further Joint Status Report.

The thirteen prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118];
8. November 14, 2019 [Dkt. 119];
9. February 14, 2020 [Dkt. 121];
10. May 14, 2020 [Dkt. 125];
11. August 14, 2020 [Dkt. 127];
12. November 16, 2020 [Dkt. 128]; and
13. February 12, 2021 (Dkt. 129].

Since the 13th Quarterly Report, and in the related matter of *TC Rich et al. v. Hussain Shaikh* et al. (2:19-cv-02123-DMG-AGR), the parties in that action completed fact and expert discovery, submitted pre-trial documents pursuant to the Court's scheduling order, and appeared on May 4, 2021 at the Final Status Conference for trial scheduled on June 1, 2021.

On March 22, 2021 the parties to the related action conducted a virtual mediation with Timothy Gallagher. The following Friday, on March 26, 2021, the

*TC RICH v. Pacifica Chemical, et al.*
USDC Case No. CV 15-4878 DMG (AGRx)         2         **FOURTEENTH FURTHER JOINT STATUS REPORT**

parties, including the intervening party, held a teleconference with Mr. Gallagher to continue settlement discussions. The parties continue to negotiate with Mr. Gallagher's assistance and have discussed conducting another half day mediation on May 21, 2021.

At the May 4, 2021 Final Status Conference on the related case, the Court continued trial to January 18, 2022, set a status conference for August 20, 2021, and ordered the parties and insurance companies to return to mediation with Mr. Gallagher.

There is no new information regarding the Pilot Test Study at the property to report.

Dated: May 14, 2021　　　　**RAINES FELDMAN LLP**

By: /s/ John S. Cha
　　John S. Cha
　　Counsel for Plaintiffs

Dated: May 14, 2021　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Mark Elliott
　　Mark Elliott
　　Counsel for Plaintiffs

Dated: May 14, 2021　　　　**PALADIN LAW GROUP® LLP**

By: /s/ Bret A. Stone
　　Bret A. Stone
　　Counsel for Defendants
　　Pacifica Chemical, Incorporated

Dated: May 14, 2021

**FOLEY & LARDNER LLP**

By: /s/ Sarah Slack
Sarah A. Slack
Counsel for Plaintiff-Intervenor