JOHN S. CHA (SBN 129115)
jcha@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

MARK E. ELLIOTT (SBN 157759)
mark.elliott@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Plaintiffs TC Rich, LLC,
Rifle Freight, Inc., Fleischer Customs Brokers,
Richard G. Fleischer, and Jacqueline Fleischer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, a California Limited Liability Company, RIFLE FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE FLEISCHER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFICA CHEMICAL, INCORPORATED, a California corporation, AQUA SCIENCE ENGINEERS, INC., a California Corporation, A/E WEST CONSULTANTS, INC., a Nevada Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 15-4878 DMG (AGRx)<br><br>*Assigned to the Hon. Dolly M. Gee*<br><br>**FIFTEENTH FURTHER JOINT QUARTERLY STATUS REPORT AS ORDERED BY THE COURT**<br><br><br><br>Action filed: June 26, 2015<br>Discovery: Stayed<br>Trial date: None set<br><br>Submitted on August 13, 2021 |

1 | Plaintiffs TC RICH, LLC, a California limited liability company, RIFLE
2 | FREIGHT, INC., a California corporation, FLEISCHER CUSTOMS BROKERS, a
3 | sole proprietorship, RICHARD G. FLEISCHER, an individual, and JACQUELINE
4 | FLEISCHER, an individual, and defendant PACIFICA CHEMICAL
5 | INCORPORATED, and Plaintiff-Intervenor (collectively, the "Parties") submit this
6 | Fourteenth Further Joint Status Report.

The thirteen prior joint reports were filed on:

1. January 19, 2018 (Dkt. 91];
2. October 19, 2018 [Dkt. 96];
3. November 14, 2018 [Dkt. 98];
4. February 7, 2019 [Dkt. 100];
5. February 28, 2019 [Dkt. 103];
6. May 14, 2019 [Dkt. 117];
7. August 14, 2019 [Dkt. 118];
8. November 14, 2019 [Dkt. 119];
9. February 14, 2020 [Dkt. 121];
10. May 14, 2020 [Dkt. 125];
11. August 14, 2020 [Dkt. 127];
12. November 16, 2020 [Dkt. 128];
13. February 12, 2021 (Dkt. 129];
14. May 14, 2021 (Dkt. 130].

Since the 14th Quarterly Report, the parties have made substantial progress on the negotiation of a settlement agreement with the assistance of Timothy Gallagher. The parties and respective insurance companies are continuing their settlement efforts with Mr. Gallagher's assistance where needed.

//
//

There are no new updates regarding the status of the Pilot Test Study to report.

Dated: August 13, 2021                    **RAINES FELDMAN LLP**

                                          By:  /s/  *John S. Cha*
                                               John S. Cha
                                               Counsel for Plaintiffs

Dated: August 13, 2021                    **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                          By:  /s/  *Mark Elliott*
                                               Mark Elliott
                                               Counsel for Plaintiffs

Dated: August 13, 2021                    **PALADIN LAW GROUP® LLP**

                                          By:  /s/  *Bret A. Stone*
                                               Bret A. Stone
                                               Counsel for Defendants
                                               Pacifica Chemical, Incorporated

Dated: August 13, 2021                    **FOLEY & LARDNER LLP**

                                          By:  /s/  *Sarah Slack*
                                               Sarah A. Slack
                                               Counsel for Plaintiff-Intervenor