JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC RICH, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PACIFICA CHEMICAL INCORPORATED, *et al.*, <br><br> *Defendants*. | Case No. CV 15-4878-DMG (AGRx) <br><br> ORDER RE DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS WITH PREJUDICE [138] <br><br> F.R.C.P. 41(a)(2) |
| AND RELATED CROSS-ACTIONS | |

Pursuant to the parties' Settlement Agreement and Release, the terms of which are expressly incorporated into this Order, and good cause appearing,

IT IS HEREBY ORDERED that all claims and crossclaims in the above-captioned action are dismissed with prejudice. The Court retains jurisdiction over the Parties pursuant to California Civil Code section 664.6, F.R.C.P. 41(a)(2), and any other applicable laws to enforce the terms of the Settlement Agreement and Release.

DATED: January 31, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE